# Protass Law PLLC

260 Madison Avenue
22nd Floor
New York, NY 10016

T: 212-455-0335
F: 646-607-0760
hprotass@protasslaw.com

June 2, 2021

VIA ECF

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    United States v. Thomas Carbonaro, Case No. 02-CR-743 (CM)

Dear Judge McMahon:

    This firm represents defendant Thomas Carbonaro in connection with his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), which motion is fully briefed and is currently pending before the Court. (Docket Nos. 469, 470 and 474.) Following the publication yesterday of an article in the *Staten Island Advance* about Mr. Carbonaro's sentence reduction motion, I received an unsolicited e-mail from an individual named Nicholas Mele, who wrote the following about Mr. Carbonaro:

> I was friends with [Mr. Carbonaro's] daughter and close to the family many years ago. Like many young kids growing up in Brooklyn it was not easy to stay out of trouble and make good choices. When I made some bad mistakes and was not associating with the proper people [Mr. Carbonaro] helped guide me in the right direction. Due to the advice he gave me as a kid and his help during some difficult times I changed my path and started to make good choices. I focused on school, went into education, and have been in the field of education the past 21 years. I started as a teacher, a dean, Assistant Principal and today I am Principal for the past 11 years of Intermediate School 51 on Staten Island. If I can be of any assistance to you in sharing my story of how he helped a young, confused kid, do the right thing, and become a successful individual please let me know. I have shared [Mr. Carbonaro's] advice that he gave me to countless of my students over the years and I know it has helped many of them on their path.

2

We respectfully submit that Mr. Mele's e-mail provides important additional information about Mr. Carbonaro's history and characteristics. It is also consistent with the words of Mr. Carbonaro's family and friends in support of his sentence reduction motion. We therefore thought that Mr. Mele's e-mail would be of assistance to the Court in adjudicating Mr. Carbonaro's sentence reduction motion. A copy of Mr. Mele's e-mail therefore is enclosed with this letter.

Thank you for your consideration and attention to this matter.

Respectfully submitted,

/s/

Harlan Protass

Encl.

cc: David J. Robles, Esq, (via ECF)
      Assistant United States Attorney

## Thomas Carbonaro

Nick Mele <nmele4@hotmail.com>
Wed 6/2/2021 3:23 PM
**To:** Harlan Protass <hprotass@protasslaw.com>

Mr. Protass,

Last night I saw the article in the SI Advance regarding the advocacy on your part to have Thomas Carbonaro be released early from prison. I was friends with Huck's daughter and close to the family many years ago. Like many young kids growing up in Brooklyn it was not easy to stay out of trouble and make good choices. When I made some bad mistakes and was not associating with the proper people Huck helped guide me in the right direction. Due to the advice he gave me as a kid and his help during some difficult times I changed my path and started to make good choices. I focused on school, went into education, and have been in the field of education the past 21 years. I started as a teacher, a dean, Assistant Principal and today I am Principal for the past 11 years of Intermediate School 51 on Staten Island. If I can be any assistance to you in sharing my story of how he helped a young, confused kid, do the right thing, and become a successful individual please let me know. I have shared his advice that he gave me to countless of my students over the years and I know it has helped many of them on their path. Please feel to call me at 7182886755 or email me anytime if you think I can help.

Sincerely,
Nicholas Mele