# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRIT OF NEW YORK

**THOMAS CARBONARO**
                    Petitioner,

vs.                              Case No: 02-CR-743 (SDNY) (CM)

**UNITED STATES OF AMERICA**

                    Respondent.

## MOTION FOR REDUCTION IN SENTENCE PURSAUNT TO
## 18 U.S.C. § 3582

## <u>INTRODUCTION</u>

## <u>SHOULD THOMAS CARBONARO DIE IN PRISON? PETITIONER JUST DAYS AGO HAD HIS LEG AMPUTATED AND THE FBOP PLANS TO AMPUTATE HIS OTHER LEG IN THE COMING WEEKS.</u>

Mr. Carbonaro is in dire health and cannot take care of himself any longer. Mr. Carbonaro has been in prison for over 22 years for actions that he deeply regrets not because he is in prison but because he knows those irrational and irresponsible decisions hurt others. Many Courts across the country including in

1

this district and the Eastern District of New York have recently granted

compassionate release to those convicted of similar crimes to Mr. Carbonaro.

Today at the age of 77 years old Mr. Carbonaro is asking this Court to grant him an

opportunity to spend his last days with his family. His current release date is March

15, 2062.

　　People grow, mature and evolve, and because conditions and circumstances

change, it is virtually impossible to make sound decisions when first imposing a

sentence about precisely how long someone should spend behind bars. But that is

exactly how the federal criminal justice system works. Judges are required to act as

if they are omniscient and the prison terms they impose are – for all intents and

purposes – final.

　　And, until the recently enacted First Step Act, virtually no means existed for

taking a "second look" at them, even decades later when continued confinement

(for many offenders) can no longer reasonably be justified on moral or utilitarian

grounds.

　　Congress did, when it abolished parole through passage of the

Comprehensive Crime Control Act of 1984, vest the U.S. Bureau of Prisons (the

"BOP") with the authority to review the sentences imposed on a few narrow

categories of defendants. But the BOP largely failed to exercise that discretion.

Responding to concerns that the BOP was not making adequate use of its legal

authority (and for other unrelated reasons), lawmakers passed, and in December 2018 Donald J. Trump signed into law, the bipartisan First Step Act, a sweeping criminal justice reform bill intended to promote rehabilitation, reduce recidivism and cut excessive sentences. Thus, today, federal judges are authorized and empowered to take a "second look" at the sentences imposed on offenders who present "extraordinary and compelling reasons" for sentence reductions and to reduce the sentences – even to time-served – of those offenders for whom the 18 U.S.C. § 3553(a) sentencing factors support a sentence reduction.

Thomas Carbonaro, age 77, is precisely the type of individual for whom the First Step Act was intended. He has served almost 23 years of his 70 year sentence, amounting to roughly 28 years imprisonment once "good conduct time" is accounted for. He suffers from innumerable serious and debilitating medical conditions that hamper his ability to care for himself in federal prison and that will only further deteriorate as he continues to age. He has rehabilitated himself to the fullest extent possible (even though he did not stand to gain anything other than personal improvement from doing so). And he has a close-knit group of family and friends who are committed to supporting him if he is released from prison. Also, today, as mentioned above, Mr. Carbonaro makes no excuses for his decidedly serious criminal conduct. He does not seek to justify, diminish or detract from the gravity of his offenses. Rather, he unequivocally accepts responsibility for his

3

criminal conduct. Mr. Carbonaro is also deeply remorseful for the crimes that he committed and the people who those crimes hurt and affected.

Mr. Carbonaro now moves this court pro-se for an order granting a reduction of sentence as he respectfully submits that "extraordinary and compelling reasons," exist for a reduction of Mr. Carbonaro's sentence.

## FACTS

Mr. Carbonaro and two co-defendants (Peter Gotti and Edward Garafola) were charged pursuant to an eleven count Indictment with a variety of criminal offenses relating to their alleged participation in the affairs of a criminal enterprise (the "Gambino Crime Family"). The government thereafter secured numerous superseding indictments, ultimately culminating in an eighth superseding indictment (the "Superseding Indictment") charging Mr. Carbonaro with the following offenses: 1 Racketeering (18 U.S.C. §§ 1961(1) and 1965(5)), Racketeering Conspiracy (18 U.S.C. §§ 1961(1) and 1965(5), Conspiracy to Murder – Frank Hydell (18 U.S.C. § 1959(a)(5)) Murder – Frank Hydell (18 U.S.C. §§ 1959(a)(1) and 2), Conspiracy to Murder – Salvatore Gravano (18 U.S.C. § 1959(a)(5)) Murder for Purposes of Obstructing Justice – Frank Hydell (18 U.S.C. §§ 1512(a)(1), (a)(3)(A) and 2), Use of a Firearm in Relation to Murder Frank Hydell (18 U.S.C. §§ 924(c) and 2), Construction Industry Extortion (18 U.S.C. § 1951) (PSR ¶¶ 1-9.) Count 1 of the Superseding Indictment

(Racketeering), in turn, alleged the following six "Racketeering Acts": RA 1 Murder of Edward Garofalo, RA 2 Murder of Frank Hydell, RA 3 Conspiracy to Murder Salvatore Gravano, RA 4 Construction Industry Extortion, RA 5 Loansharking Business, RA 6 Loansharking Business.

On December 17, 2004, following a two-month trial before the Honorable Richard Conway Casey, Mr. Carbonaro was convicted on Counts 1 (including Racketeering Acts 1(a), 2(a), 3, 4, 5(c) and 6(b)), 2, 3 and 8 of the Superseding Indictment. (PSR ¶ 10.) In other words, Mr. Carbonaro was convicted on one count each of: (1) racketeering in violation of 18 U.S.C. § 1962(c) (as well as the "Racketeering Acts" with which he was charged); (2) racketeering conspiracy in violation of 18 U.S.C. § 1962(d); (3) conspiracy to commit murder in violation of 18 U.S.C. § 1959(a)(5); and (4) extortion in violation of 18 U.S.C. § 1951. Mr. Carbonaro, though, was acquitted of: (1) murder in violation of 18 U.S.C. § 1959(a)(5); (2) witness tampering in violation of 18 U.S.C. § 1512; and (3) use of a firearm in connection with a crime of violence in violation of 18 U.S.C. § 924(c).

The Court would subsequently impose a term of 70 years imprisonment, in other words a life sentence in years.

## ARGUMENT

Mr. Carbonaro's total sentence of 70 years imprisonment is and was extraordinary. If sentenced today it is possible that the 70-year term

would not be imposed as outlined below. Petitioner has been in prison for over 22 years for crimes at issue here.

There is no excuse for his actions, however, he submits that the current sentence is longer than necessary in this case to achieve the objectives that a sentence be sufficient but not greater than necessary, to achieve the goals of sentencing as spelled out in 18 U.S.C. § 3582. Mr. Carbonaro does not dispute the criminal conduct for which he was convicted at trial. Rather, he recognizes, understands and accepts full responsibility for, and is remorseful for, the crimes he committed. Indeed, Mr. Carbonaro knows that he engaged in serious criminal conduct that constituted serious violations of the law deserving of condemnation and punishment. Still, today, almost 23 years after his arrest and detention, and after doing all he possibly could to rehabilitate and reform himself, Mr. Carbonaro is, particularly given his serious medical conditions, worthy and deserving of a "second look" and a "second chance" in the form of a reduced sentence of time served. See United States v. Vigneau, 473 F. Supp. 3d 31, 39 (D.R.I. 2020) ("it is hard to reconcile Mr. Vigneau's thirty-year sentence with modern sentencing regimes and statistics, and especially with an ever-increasing body of research that questions the effectiveness of imprisoning convicted defendants for a period greater than reasonably necessary").

## I.    18 U.S.C. § 3582(c)(1)(A) EMPOWERS THIS COURT TO REDUCE MR. CARBONARO'S SENTENCE

Pursuant to the First Step Act's changes to 18 U.S.C. § 3582(c)(1)(A)
district courts may now reduce a defendant's sentence upon the filing of a
sentence reduction motion after the occurrence of the first of the following two
events (commonly known as the "exhaustion" of "administrative remedies"): (1) a
Warden's rejection of a request for a sentence reduction motion; or (2) the
passage of thirty days without a response from a Warden to a request for a
sentence reduction motion. Also, pursuant to Guidelines amendments that went
into effect on November 1, 2023, Application Note 1B1.13 to the Guidelines no
longer governs 18 U.S.C. § 3582(c)(1)(A), sentence reduction motions. See
https://www.ussc.gov/sites/ default/files/pdf/amendment-process/reader-friendly-
amendments/20230405_prelim-RF.pdf (last visited March 13, 2025).

Rather, today, no limits exist as to the "extraordinary and compelling
reasons" upon which a sentence reduction motion may be based or granted. See
United States v. Brooker, 976 F.3d 228, 237 (2d Cir. 2020) ("the First Step Act
freed district courts to consider the full slate of extraordinary and compelling
reasons that an imprisoned person might bring before them in motions for
compassionate release").

This Court therefore has broad discretion to determine whether "extraordinary and compelling reasons" exist such that a reduction of Mr. Carbonaro's life sentence is warranted. See United States v. Anderson, Case No. 18-CR-71 (RJA), 2021 WL 776975, at *2 (W.D.N.Y. Mar. 1, 2021) ("[d]istrict courts have broad discretion in deciding whether to grant or deny a motion for a sentence reduction"); United States v. Johnson, Case No. 93-CR-631 (PGG), 2021 WL 640054, at *3 (S.D.N.Y. Feb. 18, 2021) ("the district court has broad discretion in evaluating a defendant's motion for compassionate release . . . and may consider the full slate of extraordinary and compelling reasons that an imprisoned person might bring before them") (internal citations and quotation marks omitted).

Thus, after exhausting his/her BOP administrative remedies, "a court may reduce a [defendant's] term of imprisonment" pursuant to 18 U.S.C. § 3582(c)(1)(A) "if it: (1) finds that extraordinary and compelling reasons warrant a reduction; (2) finds that the defendant will not pose a danger to the safety of any other person in the community; and (3) considers the sentencing factors outlined in 18 U.S.C. § 3553(a)." United States v. Khawaja, Case No. 18-CR-127 (LM), 2020 WL 5549123, at *2 (D.N.H. Sept. 16, 2020).

## II.  MR. CARBONARO HAS EXHAUSTED HIS PREREQUISITE BOP ADMINISTRATIVE REMEDIES.

On March 17, 2025, Mr. Carbonaro submitted a request for a sentence reduction motion to the Warden of FCI Allenwood, the medium-security BOP facility at which he was detained at the time. (Exhibit A.) He asserted that he should be granted a sentence reduction because of his poor health and his inability to care for himself within the prison environment, the unanticipated and unexpectedly harsh conditions of confinement during the COVID-19 pandemic, and Mr. Carbonaro's exceptional rehabilitation. (Id.) 30 days have now passed, and the Warden has not moved the Court for a reduction on Mr. Carbonaro's behalf. Mr. Carbonaro therefore has exhausted his pre-requisite administrative remedies and is now statutorily authorized to present this Court with the instant 18 U.S.C. § 3582(c)(1)(A) sentence reduction motion.

## III.  THE "EXTRAORDINARY AND COMPELLING REASONS" THAT WARRANT A REDUCTION OF MR. CARBONARO'S LIFE SENTENCE TO TIME-SERVED

Considered collectively, the following factors constitute "extraordinary and compelling reasons" for a reduction of Mr. Carbonaro's 70-year sentence to time-served. See United States v. Trenkler, 47 F.4th 42, 49 (1st Cir. 2022) ("the whole may be greater than the sum of its parts, and reasons that might not do the trick on

their own may combine to constitute circumstances that warrant a finding that the reasons proposed are, in the aggregate, extraordinary and compelling").

## A. Mr. Carbonaro's Poor Health and Deteriorating Health

Since this Courts denial of compassionate release Mr. Carbonaro's health has worsened and his ability to take care of himself within the prison environment has become increasingly difficult. Carbonaro at the age of 77 years old suffers from numerous serious and debilitating medical conditions that, considered collectively, constitute "serious physical or medical condition[s]" arising from "the aging process" that "substantially diminish" his "ability . . . to provide self-care within the environment of a correctional facility and from which [he] is not expected to recover" – that is, he is "experiencing a serious deterioration of physical or mental health because of the aging process." U.S.S.G. § 1B1.13.

Under 18 U.S.C. § 3582(c)(1)(A), this Court has authority to reduce a sentence where there are "extraordinary and compelling reasons" and such a reduction is consistent with the factors set forth in 18 U.S.C. § 3553(a). Courts in the Second Circuit have consistently recognized that a combination of advanced age and debilitating medical conditions—especially where they severely diminish the ability of the defendant to provide self-care in a correctional environment—can meet this standard.

10

Under 18 U.S.C. § 3582(c)(1)(A), a court may reduce a term of imprisonment if, after considering the sentencing factors under § 3553(a), it finds that "extraordinary and compelling reasons warrant such a reduction." Mr. Carbonaro's rapidly declining health, advanced age, and the Bureau of Prisons' (BOP) failure to adequately address his serious medical needs establish such extraordinary and compelling circumstances.

## Mr. Carbonaro Suffers from a Combination of Life-Threatening and Debilitating Medical Conditions.

Mr. Carbonaro is a 77-year-old man who suffers from numerous chronic and debilitating medical conditions, including rheumatoid arthritis, osteoarthritis, asthma, anemia, hypoglycemia, and a hiatal hernia. He also suffers from a burnt-out esophagus and is unable to consume water or food orally, requiring a feeding tube for survival. For over six weeks, he has been unable to ingest food or retain medication, vomiting 8 to 10 times daily. See Medical Record Attachment. He has lost the ability to independently bathe or change his bedding, and he frequently falls, increasing his risk of serious injury. He is now confined to a wheelchair and suffers from severe thermoregulatory dysfunction, often spending nights freezing cold due to his body's inability to maintain warmth. Just days ago, prior to submitting this motion he had his leg amputated due to his health conditions and the FBOP now plans to amputate the other leg in the very near future.

11

Totality of these conditions significantly diminishes Mr. Carbonaro's ability to care for himself and function in a correctional setting, satisfying the standard recognized by the U.S. Sentencing Commission and the courts for compassionate release. See *U.S. Sentencing Guidelines Manual* § 1B1.13 cmt. n.1(A)(ii) (recognizing extraordinary and compelling reasons where a medical condition "substantially diminishes the ability of the defendant to provide self-care within the environment of a correctional facility").

In *United States v. Beck*, 425 F. Supp. 3d 573, 581 (M.D.N.C. 2019), the court granted compassionate release, noting that "[a] defendant's serious deterioration in physical health while incarcerated may also constitute an extraordinary and compelling reason for release." Similarly, in *United States v. Rodriguez*, 451 F. Supp. 3d 392, 405 (E.D. Pa. 2020), the court held that chronic conditions which substantially impair the ability to provide self-care in prison meet the standard for compassionate release.

**The Bureau of Prisons Has Failed to Provide Adequate Medical Care**

In addition to his numerous health conditions, Mr. Carbonaro has not received constitutionally adequate medical treatment from the BOP. He has two titanium knees, and both required surgical attention; however, the BOP only repaired one, leaving him in chronic pain and impaired mobility. He also suffers

12

from a serious vision condition called "floaters," which forces him to wear a patch over one eye in order to read or perform daily tasks. Furthermore, Mr. Carbonaro has suffered multiple incidents of internal bleeding—on several occasions, so severe that he nearly died.

The Supreme Court has long recognized that deliberate indifference to serious medical needs violates the Eighth Amendment. See *Estelle v. Gamble*, 429 U.S. 97, 104 (1976) ("[D]eliberate indifference to serious medical needs of prisoners constitutes the 'unnecessary and wanton infliction of pain' proscribed by the Eighth Amendment."); see also *Farmer v. Brennan*, 511 U.S. 825, 837 (1994) (liability arises when officials "know of and disregard an excessive risk to inmate health or safety"). The BOP's failure to treat Mr. Carbonaro's second knee, to address his serious and persistent visual and gastrointestinal issues, and to ensure basic needs such as warmth and hygiene, rises to the level of cruel and unusual punishment and provides further support for release.

Mr. Carbonaro's combination of life-threatening and degenerative health conditions, his advanced age, and the BOP's ongoing failure to adequately treat him, present precisely the type of "extraordinary and compelling" circumstances that § 3582(c)(1)(A) is designed to address. He poses no danger to the public, and his continued incarceration—while he suffers in pain and without meaningful

medical treatment—serves no justifiable penological purpose. See *United States v. Wong Chi Fai*, 2020 WL 551007, at *3 (S.D.N.Y. Feb. 4, 2020) ("[W]hen a prisoner has reached the point where his continued incarceration no longer meaningfully contributes to the goals of punishment, compassionate release is justified.").

Mr. Carbonaro respectfully requests this Court exercise its discretion under § 3582(c)(1)(A) and grant compassionate release or, in the alternative, reduce his sentence to time served. In *United States v. Ebbers*, 432 F. Supp. 3d 421 (S.D.N.Y. 2020), the court held that serious physical or medical conditions "that substantially diminish the ability of the defendant to provide self-care within the environment of a correctional facility" qualify as extraordinary and compelling. Similarly, in *United States v. Lisi*, 440 F. Supp. 3d 246, 251 (S.D.N.Y. 2020), the court granted release to a defendant where deteriorating health conditions made continued incarceration inhumane and unsupported by penological goals.

Mr. Carbonaro's condition is **rapidly deteriorating**, with signs pointing toward **end-of-life decline**. Courts in this district have acknowledged that inmates who are in such states of irreversible decline should not be left to suffer in prison. See *United States v. Hernandez*, 451 F. Supp. 3d 301 (S.D.N.Y. 2020) (granting release to an elderly inmate with multiple chronic conditions exacerbated by

14

incarceration); see also *United States v. Brooker*, 976 F.3d 228, 237–38 (2d Cir.

2020) (emphasizing that district courts are free to consider the full slate of

extraordinary and compelling reasons, beyond just those listed in the Sentencing

Commission's policy statement). Mr. Carbonaro poses **no danger to society**. He is

**elderly, frail, immobile**, and **suffering from cascading health failures**. His

condition cannot be properly managed in the custodial setting. As the court in

*United States v. McGraw*, 2019 WL 2059488, at *5 (S.D. Ind. May 9, 2019)

observed: "Requiring a physically debilitated and terminally ill man to remain

imprisoned... is greater than necessary to serve the purposes of punishment." The

principle of proportionality, dignity, and the humane application of justice should

guide this Court. Mr. Carbonaro's continued incarceration no longer serves

retributive or deterrent goals and instead amounts to **punitive warehousing of a**

**dying man**.

    The goals of sentencing under § 3553(a) are not furthered by continued

incarceration of a terminally ill and elderly man. Given Mr. Carbonaro's age,

physical fragility, and inability to function, he poses **no danger to the community**,

and continued confinement amounts to **needless suffering rather than justice**.

The Second Circuit in *United States v. Zukerman*, 451 F. Supp. 3d 329 (S.D.N.Y.

2020), emphasized that "when a defendant is at risk of serious complications and

death, even a few weeks or months of incarceration can amount to a

disproportionately severe sentence." ***United States v. Castillo***, **No. 23-6229 (2d Cir. Jan. 15, 2025)**, A Second Circuit panel **remanded** and, in the alternative, instructed the district court to **clarify its reasons for denying** a compassionate release motion or to **grant** it outright in a "close" case where the defendant (age 65, imprisoned nearly 20 years under a mandatory life sentence) had an exemplary prison record and low risk of recidivism Wikipedia+15Federal Defenders of New York Blog+15Federal Defenders of New York Blog+15. This ruling underscores the Second Circuit's emphasis on detailed factual and legal justification when denying motions and sets a standard for transparency that favors well-documented health-based petitions.

Mr. Carbonaro has served a substantial portion of his sentence, and any further imprisonment is inconsistent with both the goals of rehabilitation and the fundamental values of human dignity. He respectfully requests that the Court recognize his circumstances as both extraordinary and compelling and reduce his sentence to time served pursuant to § 3582(c)(1)(A).

Mr. Carbonaro can no longer take care of himself within the prison environment. Records obtained from the Bureau of Prisons (BOP) show at least 4,950 people died in its custody over roughly the past decade. Although there are more than 120 federal prisons nationwide, a quarter of those deaths

occurred in a single place: the Butner Federal Correctional Complex in Butner, North Carolina. https://www.npr.org/2023/09/23/1200626103/federal-prison-deaths-butner-medical-center-sick-inmates

While Carbonaro is not housed at the Butner prison this demonstrates the care that is being given within the Federal Prison system. (While he is not housed there it is possible that he may very well end up there as he is awaiting the transfer). It also gives insight into what is transpiring within the FBOP with elderly and sick prisoners. The Bureau of Prisons claims to meet the same medical standards as any independent hospital, stating on its website that it is accredited by the nation's leading accreditation agency. But NPR found that, in fact, the BOP's certification lapsed over two years ago. https://www.npr.org/2023/09/23/1200626103/federal-prison-deaths-butner-medical-center-sick-inmates

In this NPR investigation the data was gathered and analyzed from the Federal Government. In addition to gathering and analyzing data from the federal government, NPR reviewed court and medical records and interviewed inmates, lawyers, families and bureau employees while looking into the stories of patients in federal prisons.

- Angela Beck, a 47-year-old at the time with a family history of breast cancer, discovered lumps in her left breast while in federal prison in Aliceville, Ala., and asked to see a doctor. After receiving imaging results "'highly suggestive' of cancer," according to an opinion issued by

a federal judge, she waited more than eight months for a biopsy, which confirmed the cancer. Another two months passed before she got surgery, during which doctors confirmed the disease had spread to her lymph nodes. Beck then waited another five months before she saw an oncologist. By that time, it was too late to start chemotherapy or radiation. A federal judge granted her release in June 2019.

- Michael Derentz, a 70-year-old inmate at the Fort Dix federal prison in New Jersey, was granted compassionate release in 2022 after a federal judge found the BOP's repeated delays in care "disturbing." "Delays in securing urgently needed follow-up appointments contributed to Derentz becoming blind in his left eye," the judge wrote.

- Joseph Guadagnoli died of cancer while in custody at the federal prison in McDowell County, W.Va., in July 2022, after complaining of a litany of ailments. By the time doctors diagnosed his cancer in May of that year, it was too late for treatment, his brother Michael Guadagnoli said. On Sept. 7, 2020, records show, Joseph wrote a sick call request to staff: "My conditions are getting worse. I need to be seen soon." On Oct. 10: "This is taking a psychological toll on me — what do I have to do to be seen — to get attention?" On Dec. 1: "I cannot breathe. ... I have been asking for seven months."

- In April 2020, Turhan Law began having nosebleeds several times a day at the federal prison in Loretto, Pennsylvania. According to a compassionate release motion filed by his lawyer, that bleeding continued for months before prison officials took him to a hospital. In the summer of 2020, a biopsy confirmed squamous cell carcinoma, a type of cancer. But by the time Law arrived at Butner in November of that year, no treatment plan had been started, according to a supplemental motion filed in support of Law's release request. In December 2020, a month after the BOP sent Law to Butner, a federal judge granted his request for release, citing in part the delays in care Law experienced.

- Michael Boughner, a federal prisoner at the U.S. penitentiary in Florence, Colo., complained of horrible headaches for at least five weeks before he saw a doctor, his mother, Linda Renta, said. "He fainted four or five times, and the guards were convinced he was faking it," Renta said. "They found that he had a tumor in his brain the size of an egg." The

BOP sent Boughner to Butner, where he lived for about five months before, prison records show, he died of cancer at age 50 in March 2019.

It is well known in the legal community (and several courts have even acknowledged) that the medical care provided by the BOP is less than optimal. See, e.g., C.J. Ciarmella, Judge Holds Federal Bureau of Prisons in Contempt for Allowing Man to Waste Away from Untreated Cancer, REASON (Nov. 10, 2022) (found at https://reason.com/2022/10/10/judge-holds-federal-bureau-of-prisons-in-contempt-forallowing-man-to-waste-away-from-untreated-cancer/) (last visited Apr. 10, 2024) (reporting on the Honorable Roy Dalton of the United States District Court for the Middle District of Florida castigating the BOP for providing inferior medical care and Judge Dalton having written that the BOP should be "deeply ashamed" of the medical care it provided to a dying inmate).

The starting point in determining what constitutes "extraordinary and compelling reasons" under § 3582(c)(1)(A)(i) is the Sentencing Guideline discussing compassionate release issued by the United States Sentencing Commission. See U.S.S.G. § 1B1.13; see also United States v. Rivernider, No. CR10-222, 2019 WL 3816671, at *2 (D. Conn. Aug. 14, 2019). The Guideline provides that extraordinary and compelling reasons exist for the defendant's medical condition due to:

(i) The defendant is suffering from a terminal (i.e., a serious and advanced illness with an end-of-life trajectory). A specific prognosis of life expectancy (i.e., a probability of death within a specific time period) is not required. Examples include metastatic solid-tumor cancer, amyotrophic lateral sclerosis (ALS), end-stage organ disease, and advanced dementia.

(ii) The defendant is

(I**) suffering from a serious physical or medical condition**,

(II) suffering from serious functional or cognitive impairment, or

(III) experiencing deteriorating physical or mental health because of the aging process,

that substantially diminishes the ability of the defendant to provide self-care within the environment of a correctional facility and from which [the defendant] is not expected to recover. U.S.S.G. § 1B1.13 cmt. n.1(C).

The medical and physical conditions from which Mr. Carbonaro suffers are progressive, meaning they will only worsen as he continues to age. Indeed, he is not expected to recover (or even improve) from many of those conditions. Rather, Mr. Carbonaro's medical and physical conditions will continue to deteriorate as they inevitably advance as he continues to age. Simply put, Mr. Carbonaro's "body and mind [are] besieged with mounting, serious afflictions." United States v.

Hansen, Case No. 07-CR-52 (KAM), 2020 WL 1703672, at *8 (E.D.N.Y. Apr. 8,

2020). Simply put, "it is evident" that Mr. Carbonaro "is experiencing a serious

deterioration in physical health as he ages." United States v. Esparza, Case No. 07-

CR-294 (BLW), 2020 WL 1696084, at *2 (D. Id. Apr. 7, 2020) See also United

States v. Salemo, Case No. 11-CR-65 (JSR), 2021 WL 4060354, at *4 (S.D.N.Y.

Sept. 7, 2021) (finding "extraordinary and compelling reasons" for a sentence

reduction for a 77-year-old defendant based on his "age and growing list of

medical problems").

A reduction of Mr. Carbonaro's 70 year and or life sentence in years - to

time-served would reflect not only the reality of his medical and physical

conditions today but also the inevitable deterioration of his health as he continues

to age. See United States v. Samuel, Case No. 16-CR-0117 (ELH), 2023 WL

8650366, at *15 (D. Md. Dec. 14, 2023) (**reducing sentence of 56-year-old**

**career offender** to 120 months imprisonment, in part, because he "suffers from an

array of chronic, serious medical conditions") After all, life in prison – with its

stressors, violence and disease – can significantly shorten a defendant's life

expectancy. See United States v. Taveras, 436 F. Supp. 3d 493, 500 (E.D.N.Y.

2006) (life expectancy within federal prison is considerably shortened).

## IV.    The Length of Mr. Carbonaro's Sentence

To date, Mr. Carbonaro has served almost 23 years of his 70 year sentence. We therefore submit that the length of Mr. Carbonaro's sentence and the almost 23 years he has already served support the conclusion that "extraordinary and compelling reasons" exist for a reduction of his life sentence to time-served. See, e.g., United States v. Maumau, 993 F.3d 821, 837 (10th Cir. 2021) (holding that the district court had discretion to grant an 18 U.S.C. § 3582(c)(1)(A) sentence reduction in part because of the "incredible length of" the defendant's sentence); Brooker, 976 F.3d at 237 (holding that a court should consider "all possible reasons for compassionate release," including the "injustice" of the length of an offender's sentence).

## V.    MR. CARBONARO'S INCARCERATION FOR THE ENTIRETY OF THE COVID-19 PANDEMIC

Mr. Carbonaro's imprisonment for the entirety of the COVID-19 pandemic was unusually harsh. It included extensive and extended lockdowns during which (among other things) he was not permitted outside his cell except for very limited periods of time and for very limited purposes. Family visitation was suspended for long stretches of time. He had only limited access to CorrLinks and therefore was unable to communicate with family and friends during an intensely frightening time. Access to counsel was severely restricted. Access to religious services/clergy

was virtually non-existent. And the BOP suspended all rehabilitative programming.

Perhaps most significantly, Mr. Carbonaro suffered severe isolation because of the

quarantines and extended lock-downs that the BOP imposed as part of its (largely

ineffective) efforts at controlling the spread of COVID-19, all the time worrying

that he might "contract[] a once-in-a-century deadly virus." United States v.

Johnson, Case No. 16-CR-319 (NGG), 2023 WL 3093617 (E.D.N.Y. Apr. 26,

2023). (Due to the prison he is housed in he is still under extreme lock-downs due

to the violence at the prison.)

Such conditions of confinement and still others, all arising from the COVID-

19 pandemic, made the conditions of confinement that Mr. Carbonaro  endured

over the past four-plus years far harsher than what the Court could possibly have

imagined at sentencing – a COVID-19- related factor that numerous courts have

found can contribute to a finding of "extraordinary and compelling reasons" for a

sentence reduction, particularly for offenders (like Mr. Carbonaro) who were

incarcerated for the entirety of the COVID-19 pandemic. See Reynolds v. United

States, Case No. 99-CR-520 (NGG), 2022 WL 1444167, at 4-6 (E.D.N.Y. May 6,

2022) (finding that the harsh conditions of confinement arising from the COVID-

19 pandemic, combined with the offender's age and substantial rehabilitation,

constituted "extraordinary and compelling reasons" for a sentence reduction);

United States v. Lora, Case No. 16-CR-44 (KPF), 2022 WL 1055749, at *5  6

(S.D.N.Y. Apr. 8, 2022) ("[P]andemic-induced conditions of confinement may constitute 'extraordinary and compelling' circumstances warranting compassionate release, particularly for defendants who have (i) served long sentence and (ii) been detained for the entirety of the pandemic"); United States v. Miranda, Case No. 12-CR-256 (GAG), 2021 WL 4592528, at *10 (D.P.R. Aug. 30, 2021) ("pandemic conditions and [the offender's] medical history have made his punishment via confinement to this point harsher than it otherwise would have been").

## VI.    MR. CARBONARO'S REHABILITATION

Although 28 U.S.C. § 994(t) provides that "[r]ehabilitation of the defendant alone shall not be considered an extraordinary and compelling reason" for a sentence reduction, rehabilitation is still relevant to the question of whether a sentence should be reduced pursuant to 18 U.S.C. § 3582(c)(1)(A). United States v. Torres, 464 F. Supp. 3d 651, 661 (S.D.N.Y. 2020), See also United States v. Marks 455 F. Supp. 3d 17 (W.D.N.Y. 2020), Judge David G. Larimer granted Marks's motion for compassionate release. In his decision, Judge Larimer highlighted the importance of considering an inmate's rehabilitation when evaluating such motions. He noted that "the Court must consider the defendant's post-sentencing conduct, including his rehabilitation, when evaluating compassionate release requests." This underscores that overlooking rehabilitation efforts could be an error in the compassionate release analysis.

Mr. Carbonaro has strived to become a better person even though he is serving a 70-year term that for him as mentioned above is a life sentence. Mr. Carbonaro has certainly changed his behavior, and thinking, as one would hope after more than 23 years in prison. Yet "[m]any defendants who pass through this Court ultimately become fully functioning members of society—they achieve, so to speak, rehabilitation." United States v. Torres, 464 F. Supp. 3d 651, 664 (S.D.N.Y. 2020). What is truly extraordinary and compelling about Mr. Carbonaro, however, is his devotion to his family, his change in character, and his desire to help others, and his rehabilitation. See Dkt# 470 at 6. When he was healthy Mr. Cabonaro earned his GED and has completed other life skills training programs. Mr. Carbonaro it the past never passed up even the smallest opportunity to help the men around him and, in many instances, he has mentor them about doing the right thing and moral character.

The criminal justice system is not premised on the idea that conviction magically changes a person but, "[r]ightly or wrongly, . . . on the idea that a person can—and hopefully will—change after several years locked in prison." United States v. Lopez, Cr. No. 97-01117 ACK-2, 2020 WL 6298061, at *5 (D. Haw. Oct. 27, 2020) (quoting United States v. Ledezma-Rodriguez, 472 F. Supp. 3d 498, 506 (S.D. Iowa 2020)). Mr. Carbonaro's moral development took years of painful reflection and personal grief. Yet the results cannot be denied. First, and

25

most fundamentally, Mr. Carbonaro understands and regrets the harm he has caused.

Second, Mr. Carbonaro has a good disciplinary record. Courts have recognized how difficult it is to maintain such a record in the violent, stressful, and closely monitored environment of a federal prison. See, e.g., Lopez, 2020 WL 6298061, at *5 (citing authority from many Districts) ("Maintaining a clear disciplinary record is no minor feat in any prison, and that Lopez maintained that record in the face of a life sentence strongly supports the likelihood that he would remain a rule-abiding individual if released." (internal citations and alterations omitted)).

Mr. Carbonaro has gone to great lengths to better himself. He has engaged in numerous rehabilitative programs. Significantly, Mr. Carbonaro's rehabilitative efforts and accomplishments are distinct because he engaged in all such positive activities without any tangible incentive or potential benefit other than self-improvement given that his life sentence meant that he could not earn any "good conduct time" (or any other sentence reduction benefit) and given that he had no realistic hope of applying that which he learned behind bars in the "real world." See United States v. Lara, Case No. 95-CR-75 (JJM), 2023 WL 2305938, at *13 (D.R.I. Mar. 1, 2020) (reducing life sentence to time-served after 28 years imprisonment for a former Latin King convicted for his involvement in a carjacking that resulted in a

murder, finding, among other things, that "the rehabilitation that Mr. Lara achieved in prison is extraordinary and compelling (especially considering that Mr. Lara undertook these rehabilitative efforts expecting that he would still be serving a life sentence)"); United States v. Yu, Case No. 90-CR-47 (AT), 2020 WL 6873474 (S.D.N.Y. Nov. 23, 2020) (reducing life sentence to time-served after more than 30 years imprisonment for the operator of a large-scale international heroin trafficking operation based on, among other things, a finding that Mr. Yu had "spent nearly three decades trying to better himself, despite his life sentence, and without any tangible incentive other than self-improvement"). Simply put, Mr. Carbonaro, in the face of a life sentence in years, assumed a positive outlook and attitude towards life, sought to improve himself to the utmost extent possible and was motivated to do so even though he is serving a sentence that would ensure that he would die in prison absent this Court's mercy and compassion. Mr. Cabonaro has maintained an excellent record while in prison and this demonstrates in conjunction with his health conditions that he is not a threat to public safety.

In denying compassionate release previously in this case the Court found that "the defendant has failed to demonstrate that his age and medical conditions rise to the level of extraordinary and compelling circumstances." (Dkt#483 at 4). The court also discussed the conduct in this case and Petitioners actions. However, if compassionate release was premised on only the offense conduct and the character

of what a defendant was over 20 years ago it is likely no one would be granted compassionate release. Many judges in this district, in the Eastern District and Courts across the country have given second chances for similar conduct to the conduct in the offense in this case through compassionate release.

See United States v. Thomas Reynolds, (99-CR-520, 5-6-2022). Thomas Reynolds was a soldier in the Bonanno crime family of La Cosa Nostra. (Gov't Opp'n (Dkt. 809) at 1-2.) In September 2000, he pleaded guilty to one count of racketeering in violation of 18 U.S.C. § 1962(c). (Id.) As part of his plea, he admitted to committing numerous predicates racketeering acts, including drug distribution, bank robberies and burglaries, extortion, attempted murder, **and several homicides.**

The Court granted a reduction in sentence despite the fact that there were several homicides finding that "a 36-year sentence is "sufficient, but not greater than necessary" to comply with the purposes of the federal sentencing factors, and this reduction is justified by extraordinary and compelling reasons, including pandemic-related conditions of confinement, Reynolds's rehabilitation, and his time served in state custody for the gun offense. Again, the Court granted an even further reduction after a second compassionate release was filed, reducing the

sentence to 32 years. Today Mr. Reynolds is free and living in a federal halfway house.

See also United States v. Donato, 03-CR-929 (NGG), at *2 (E.D.N.Y. Feb. 16, 2024); in which this Court reduced the sentence on compassionate release. Between January 1979 until his arrest in November 2004, Mr. Donato participated in illegal gambling operations as a member of the Bonnano organized crime family. (Presentence Investigation Report ("PSR") (Dkt. 1415) ¶¶ 2, 3, 49, 55-59, 66.) For conduct connected to his role in the Bonnano Family, Mr. Donato

pleaded guilty on November 8, 2005 to two counts: (1) illegal gambling and (2) **racketeering conspiracy predicated on attempted murder** and owning and operating gambling businesses, in violation of 18 U.S.C. §§ 1955, 1962(d), and 1963(a). (See Superseding Indictment S-3 (Dkt. 220 in No. 3-CR-929); November 8, 2005 Min. Entry (Dkt. 375 in No. 3-CR-929); PSR ¶¶ 1-4, 66-69.) On August 6, 2008, Mr. Donato pleaded guilty to conspiracy to commit murder in aid of racketeering in violation of 18 U.S.C. § 1959(a)(5). (See Superseding Indictment S-9 (Dkt. 464); Aug. 6, 2008 Min. Entry (Dkt. 509); PSR ¶¶ 5-7, 33-34.) Mr. Donato was then sentenced to a 300-month (25 year) term of imprisonment plus three years of supervised release. (Judgment (Dkt. 583).)

*In United States v. Holloway*, 68 F. Supp. 3d 310, 311 (E.D.N.Y. 2014); Judge Gleeson was able to reduce a sentence by 30 years stating, ""Even people who are indisputably guilty of violent crimes deserve justice, and now Holloway will get it." Judge Gleeson recognized that some people do deserve a second chance.

In November 2024, U.S. District Judge Charlene Edwards Honeywell granted Ronald J. Trucchio, a reputed Gambino crime family caporegime, compassionate release from his life sentence. The decision was based on his deteriorating health, age (73), and significant rehabilitation efforts during over two decades of incarceration. Judge Honeywell reduced his sentence to time served, imposing a ten-year term of supervised release. The court found that Trucchio's serious medical conditions and rehabilitation efforts indicated he posed a low risk of recidivism. *United States v. Trucchio*, No. 8:04-cr-348-CEH-TGW (M.D. Fla. Nov. 12, 2024).

The government in this case argued that "Even if this Court finds that Trucchio has established extraordinary and compelling circumstances within the meaning of section 1B1.13, it still should not reduce his sentence because he remains a danger to the community. As discussed above and as proven at separate trials in the Southern and Middle Districts of Florida, Trucchio has spent his adult life as a member of the Gambino Crime Family. Trucchio served first as an associate and soldier and later as a captain in the Gambino Crime Family. As an

30

associate and soldier, Trucchio was involved in a wide array of criminal conduct, including major drug trafficking and violent crimes. As a Gambino Crime Family captain based in Ozone Park, New York, Trucchio supervised criminal crews that engaged in a wide pattern of racketeering activities spread across New York, New Jersey, Florida, and other locations.

The pattern of racketeering included murder, robbery, extortion, kidnapping, and drug distribution, among other crimes. Doc. 231 at 5-7; SDFL Doc. 262. Trucchio remains a Gambino Crime Family member. He has never repudiated the Gambino Crime Family, nor has he offered assistance to the United States in its efforts to dismantle that violent criminal organization. Indeed, Trucchio's unique role in that criminal organization will permit Trucchio, if released from prison, to supervise and engage in any manner of violent criminal conduct and drug trafficking, regardless of any existing disability or health complication. A ranking member of La Cosa Nostra, such as Trucchio, can initiate incredible criminal conduct with nothing more than a verbal order or gesture." (Dkt#1078 at 11-12). The Court, despite these arguments, granted Mr. Trucchio a second chance at life and an opportunity to spend what could be his last days with his family.

Others have also found a second chance that were involved in serious crimes in the New York area. For example, Joseph Testa, a former hitman for the

Gambino crime family, was granted parole and released from federal prison on

April 30, 2024, after serving 35 years of a life sentence. His release was not the

result of a compassionate release decision but rather a parole granted by the United

States Parole Commission (USPC). The USPC ordered his release in February

2024, and he was subsequently paroled in April 2024.

Similarly, Testa's codefendant Anthony Senter a notorious hitman for the

Gambino crime family, was released from federal prison after serving 35 years of a

life sentence. In June 2022, the United States Parole Commission (USPC) granted

him parole, setting his release date for June 22, 2024. He was transferred to a

halfway house in New York in December 2023, prior to his release. Others

convicted of similar crimes have found second chances through compassionate

release as well.

1. **Vincent Asaro**: A reputed member of the Bonanno crime family, Asaro was granted compassionate release in April 2020 due to health concerns amid the COVID-19 pandemic. Judge Allyne R. Ross of the United States District Court for the Eastern District of New York. The case citation is *United States v. Asaro*, No. 17-CR-127 (ARR), 2020 WL 1903281 (E.D.N.Y. Apr. 17, 2020).

2. Gregory **Scarpa Jr.**: An alleged caporegime in the Colombo crime family, Scarpa Jr. was granted compassionate release in November 2020 because of his deteriorating health due to cancer. *United States v. Scarpa*, No. 94-cr-1119-1 (ERK).

See also United States v. Vito Guzzo, Vito Guzzo's legal history is marked by his leadership of the Giannini Crew, a violent faction associated with multiple New York Mafia families. In September 1998, Guzzo pled guilty to an 18-count superseding information in the U.S. District Court for the Eastern District of New York. The charges included racketeering, racketeering conspiracy, five counts of murder in aid of racketeering, attempted murders, Hobbs Act robberies, and assaults with a dangerous weapon.

The murders spanned from 1992 to 1996 and involved victims such as drug dealers John Ruisi and Steven Pagnozzi, whom Guzzo and his crew executed during a robbery attempt. Other victims included Ralph Campione Sciulla, a Gambino associate, and Genovese associate John Borelli, who was dating Guzzo's ex-girlfriend In 1999, Guzzo was sentenced to 38 years in federal prison. Here Mr. Carbonaro has no release date. See also United States v. Neil Messina, Case No. 11-CR-31 (KAM), (EDNY). Neil Messina, a reputed associate of the Bonanno crime family, was released from federal custody earlier than his projected release date of June 18, 2027. His early release was facilitated by the First Step Act of 2018, which allows eligible inmates to earn time credits through participation in rehabilitative programs, thereby reducing their sentences. Messina had been serving an 18-year sentence for his involvement in a 1992 home invasion robbery that resulted in the death of Joseph Pistone Jr. He pled guilty in 2014 to

racketeering charges, including extortion and operating an illegal gambling business. Although the prosecution recommended a 10-year sentence, the judge imposed an 18-year term, citing compelling evidence that Messina had ordered another fatal shooting in 1989. As of November 2024, Messina has been residing at a halfway house in Philadelphia, Pennsylvania. Messina was and is 62 years old much younger than Carbonaro with health conditions.

See United States v. Gerald Miller, (EDNY 10-2024). On June 21, 1993, Gerald Miller was convicted after a seven-week jury trial of a host of crimes in connection with his role as leader of the once infamous "Supreme Team," a powerful cocaine-based trafficking organization that wielded substantial and tyrannical power over parts of Queens County for nearly a decade. Miller's specific criminal offenses include racketeering; criminally facilitating murder; engaging in a continuing criminal enterprise involving more than 1500 grams of cocaine base; conducting financial transactions with the proceeds of narcotics transactions; and distributing and possessing with intent to distribute more than 50 grams of cocaine base. Mr. Miller was also implicated in numerous murders and in fact implicated in committing them himself. Despite this - the Court granted compassionate release, and Mr. Miller was recently released from prison just months ago.

See Ramirez, 2021 WL 5233512, at *8, *10 (reducing sentence of "twice murderer" and racketeer from 48 to 40 years in light of his "dreadful upbringing,"

his young age when he committed his crimes, and his rehabilitation, which

included participation in drug treatment, numerous classes, self-improvement

programs, and support of fellow inmates); United States v. Qadar, No. 00-CR603

(ARR), 2021 WL 3087956, at *8 (E.D.N.Y. July 22, 2021)."

For example, another Court reduced a life sentence to 30 years based on the

defendant's acceptance of responsibility for his crimes, his lack of disciplinary

infractions, his commitment to education, his volunteer work, and his mentorship.

Babb, 2021 WL 2315459, at *18-20. Judge Blake reduced a life sentence to time

served—26 years—in light of the defendant's remorse for his crimes, lack of

disciplinary infractions since 2013, support and mentorship of other prisoners, and

ties with his family. Gray, 2021 WL 1856649, at *4-6. Other courts have done the

same when faced with similar circumstances. Torres, 464 F. Supp. 3d at 660-64

(finding that defendants' rehabilitation and good deeds would likely warrant a

sentence reduction even absent the COVID-19 pandemic); Millan, 2020 WL

1674058, at *15 ("Mr. Millan's extraordinary rehabilitation, together with his

remorse and contrition, his conduct as model prisoner and man of extraordinary

character, his leadership in the religious community at FCI Fairton, his dedication

to work with at-risk youth and suicide prevention, and the support of BOP staff at

FCI Fairton . . . all constitute extraordinary and compelling reasons justifying a

reduction in sentence."); United States v. Plunk, 453 F. Supp. 3d 1308, 1314 (D.

Alaksa 2020) ("The recommendation letters, achievement certifications, and staff
evaluations clearly support that Defendant has taken his rehabilitation seriously
and that presents other reasons worth consideration for release.").

Courts have reduced life sentences for defendants of high moral character
even when that sentence was imposed for murder, See Gray, 2021 WL 1856649,
at *4 ("Gray's offense was, in a word, chilling. The evidence at trial showed that
Gray, at the behest of a drug dealer and with the prospect of some significant
financial gain, planned and committed what amounted to the execution of Jamie
Lee Waller."); Perez, 2021 WL 837425, at *5-6 (reducing life sentence, for
procuring murder, to time served—23 years—based on health conditions and
rehabilitation); United States v. Quinones, No. 00 Cr. 761-1 (JSR), 2021 WL
797835, at *2-4 (S.D.N.Y Feb. 27, 2021) (reducing life sentence, for torture and
subsequent murder, to 35 years based on health conditions and extraordinary
rehabilitation); United States v. Rodriguez, 492 F. Supp. 3d 306, 317 (S.D.N.Y.
2020) (reducing life sentence to 30 years, despite "the horrific nature" of the
murder, based on rehabilitation and the risks and hardship imposed by the
COVID-19 pandemic); Lopez, 2020 WL 6298061, at *4-6, *8 (reducing life
sentence for murder to time served—23 years—based on extraordinary
rehabilitation, youth at the time of offense, and numerous good deeds).

Mr. Carbonaro's moral development is no less significant. He feels great remorse for the suffering his criminal conduct had on others. See Babb, 2021 WL 2315459, at *19; Gray, 2021 WL 1856649, at *5; Lopez, 2020 WL 6298061, at *5; Torres, 464 F. Supp. 3d at 662; Millan, 2020 WL 1674058, at *8, *10. He has supported his family, despite the obstacles between him and them. See Quinones, 2021 WL 797835, at *3; Torres, 464 F. Supp. 3d 664. He has devoted significant time and effort to programing. See Babb, 2021 WL 2315459, at*19 (describing similar mentorship programs); Gray, 2021 WL 1856649, at *4 (describing the defendant's role in the Victim Awareness Program); cf. Lopez, 2020 WL 6298061, at *6 (noting the defendant's charity work); Millan, 2020 WL 1674058, at *12-14 (praising the defendant's service to other prisoners). He has had a positive impact on the lives of his peers, who consider him a role model. See Gray, 2021 WL 1856649, at *5; Lopez, 2020 WL 6298061, at *6; Rodriguez, 492 F. Supp. 3d at 312; Torres, 464 F. Supp. 3d at 662-63. See Babb, 2021 WL 2315459, at *19; Gray, 2021 WL 1856649, at *4; Quinones, 2021 WL 797835, at *2; Lopez, 2020 WL 6298061, at *4; Rodriguez, 492 F. Supp. 3d at 313; Torres, 464 F. Supp. 3d at 662; Millan, 2020 WL 1674058, at *9.

Mr. Carbonaro submits that there is nothing left to achieve in this case, by him remaining incarcerated besides punishment and a colossal waste of tax dollars and resources.

Mr. Carbonaro is deeply remorseful for his conduct and he makes no excuses for the man he once was. Rather he submits to this Court that he is no longer that person. He has a strong belief in God and tries to live according to his moral values. See Gray, 2021 WL 1856649, at *5; Lopez, 2020 WL 6298061, at *4 & n.4; Millan, 2020 WL 1674058, at *12. He aspires, when and if released, to use his freedom to help others avoid the same mistakes that he made. See Lopez, 2020 WL 6298061, at *6; Torres, 464 F. Supp. 3d at 663. See Gray, 2021 WL 1856649, at *5; Quinones, 2021 WL 797835, at *3; Lopez, 2020 WL 6298061, at *4 n.4, *6 Rodriguez, 492 F. Supp. 3d at 311-12, 314; Millan, 2020 WL 1674058, at *14. Some courts have held that sufficient moral development can exceed mere rehabilitation and, by itself, constitute an extraordinary and compelling circumstance. Torres, 464 F. Supp. 3d at 663-64 ("By any measure, the [defendants'] good deeds exceed the bounds of what we consider 'rehabilitation.' . . . The Court concludes that the [defendants'] contributions are, as the statute requires, 'extraordinary and compelling.'"); Rodriguez, 492 F. Supp. 3d at 313 (citing id.) (same); see also Millan, 2020 WL 1674058, at *8-14 (describing the moral characteristics that constituted extraordinary and compelling circumstances); Lopez, 2020 WL 6298061, at *8 (finding extraordinary and compelling circumstances based on the defendant's extraordinary rehabilitation, his youth at the time of offense, "his minimal disciplinary record, his charity

work, his informal support for other inmates, his services in helping at-risk youth, that he does not represent a danger to society, and the ongoing COVID-19 pandemic"). If this has ever been true of a defendant, it is true of Mr. Carbonaro. Regardless, rehabilitation may combine with other factors to create extraordinary and compelling circumstances. McCoy, 981 F.3d at 286 n.9. It does so here.

During his time in prison, Carbonaro has completed various courses that will be valuable to him upon release. Carbonaro's successful completion of prison educational programs in conjunction with his health makes him less likely to recidivate upon release.

See Lois M. Davis, et al., Evaluating the Effectiveness of Correctional Education: A Meta-Analysis of Programs That Provide Education to Incarcerated Adults, RAND CORP. (2013) (explaining, a meta-analysis of studies that evaluated correctional education and post-release recidivism found that "on average, inmates who participated in correctional education programs had 43 percent lower odds of recidivating than inmates who did not"). Carbonaro has also worked various jobs in prison showing his commitment to waking up every morning and going to work demonstrating his effort at real life skills training. Carbonaro has used his time in prison wisely to gain valuable knowledge and skills that will allow him to contribute to society upon his release.

Moreover in 2023 the United States Sentencing Commission also made clear that changes in law were a basis for Courts to revisit sentencing and impose a reduction. In pertinent part the amendments that went into effect on November 1, 2024 state;

**(6) UNUSUALLY LONG SENTENCES.** If a defendant received an **unusually long sentence** and has served at **least 10 years** of the term of imprisonment, a change in the law (other than an amendment to the guidelines manual that has not been made retroactive) may be considered in determining whether the defendant presents an extraordinary and compelling reason, but only where such a change would produce a gross disparity between the sentence being served and the sentence likely to be imposed at the time the motion is filed, and after full consideration of the defendants individualized circumstances.

Mr. Carbonaro has a family that loves and cares for him. They are ready and willing to assist Carbonaro with a successful reentry. (Dkt#470 at Exhibit 6-8).

Carbonaro submits that he is no longer a threat to public safety. The biggest indicator of this is his commitment to rehabilitation, and dramatic character change. The Court should also consider whether, upon release, the defendant would pose "a danger to the safety of any other person or to the community." This Court is not faced with a stark choice between simply turning Carbonaro loose or

continuing his incarceration. The Court has the option of reducing Carbonaro's period of incarceration, followed by a term of supervised release.

Supervised release, which is laid out at 18 U.S.C. § 3583, was created by Congress as "a form of post confinement monitoring overseen by the sentencing court." *Johnson v. United States*, 529 U.S. 694, 696-97 (2000). As the Supreme Court has explained, "Congress intended supervised release to assist individuals in their transition to community life. Supervised release fulfills rehabilitative ends," providing "individuals with post confinement assistance" through the supervision of the court. *United States v. Johnson,* 529 U.S. 53, 59 (2000). "The court can provide such assistance because, '[w]hile on supervised release, the offender [is] required to abide by certain conditions,' *Johnson v. United States*, 529 U.S. at 697, such as regularly reporting to a probation officer, pursuing schooling or work, and refraining from further criminal activity, *see* U.S.S.G. § 5D1.3(c); 18 U.S.C. § 3583(d)." *United States v. Island*, 916 F.3d 249, 253 (3d Cir. 2019). Congress has also authorized supervising courts to revoke supervised release and order reimprisonment when defendants fail to meet their release conditions. *See* 18 U.S.C. § 3583(e); *Johnson v. United States*, 529 U.S. at 697.

Supervised release is routinely imposed as a component of sentencing, including sentences for crimes far more serious than those of which Carbonaro has been convicted. Supervised release affords the court an array of conditions which

it can impose, the defendant's compliance with which will be monitored by a probation officer. New conditions can be added as necessary. Beyond the low risk that Carbonaro now presents, whatever risk there is can be further mitigated by supervised release. *See **United States v. Williams***, No. 04cr95, 2020 WL 1751545, at *3 (N.D.Fla. Apr. 1, 2020) (although court could not conclude that defendant posed no risk at all to public safety, "the risk of him engaging in further criminal conduct is minimal and can be managed through home confinement and the terms of his supervised release." There are numerous reasons that demonstrate extraordinary and compelling reasons to reduce the sentence in this case as outlined above. As stated above absent this Court's compassion Mr. Carbonaro will remain in prison suffering from his medical conditions unable to care for himself until he dies. He recognizes that he deserved a harsh and serious punishment – the punishment in this case has been achieved, the rehabilitation as well. There is nothing left to gain in this case besides pain and suffering until his last day.

## CONCLUSION

Mr. Carbonaro is asking this Court for compassion, and in asking for that compassion, he asks the Court to consider the fact that he made irrational and irresponsible decisions that he deeply regrets today. He is no

longer that person. This Court now has the authority to reduce the sentence in this case based on the First Step Act and Sentencing Commission changes that place the power back into the hands of the people best suited to decide if a reduction is warranted – Federal Sentencing Court Judges.

Respectfully Requested,

Thomas Carbonaro

September 22, 2025

# EXHIBIT A



Warden
FCI Allenwood
P.O. Box 2500
White Deer, PA 17887

Thomas Cubanaro
#03052-054
FCI Allenwood Medium
P.O. Box 2000
White Deer, PA 17887

July 20, 2025

Thomas Carbonaro
#03052-054
FCI ALLENWOOD MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
WHITE DEER, PA   17887


Warden
FCI ALLENWOOD MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2500
WHITE DEER, PA   17887

Dear Warden,

I am writing to you to request that your office file a motion on my behalf for a reduction in sentence pursuant to 18 U.S.C. 3582. I believe that there are extraordinary and compelling reasons to reduce the sentence in my case. Those reason are (1) I am serving an overly harsh sentence and if sentenced today I could be sentenced to a lower sentence, (2) my rehabilitation (3) the living conditions that I lived under due to COVID-19 have been overly harsh, (4) the fact that I can no longer take care of myself in the prison environment due to my age and medical issues and I have not been given proper medical attention for my conditions while in the FBOP.

If released I would be living with my wife of over 55 years at our home.

Respectfully Submitted,

Thomas Carbonaro

1

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | |
|---|---|
| Inmate Name: CARBONARO, THOMAS | Reg #: 03052-054 |
| Date of Birth: 11/28/1947 | Facility: ALM |
| Note Date: 08/26/2025 11:19 | Unit: C02 |
| Sex: M Race: WHITE | |
| Provider: Bizzak, Alice (MOUD-M) | |

**Reviewed Health Status:** Yes
Admin Note - Consultation encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE  1        Provider: Bizzak, Alice (MOUD-M) AGPC NP-BC
EGD

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Gastroenterology | 09/01/2025 | 09/01/2025 | Urgent | No | |

Subtype:
    Routine EGD
Reason for Request:
    Repeat dilation
Provisional Diagnosis:
    Physician would like to see patient in one week for EGD and esophageal dilation. Reports he will need to see the patient weekly for the next three weeks for repeat EGD and esophageal dilation.

| | | | | | |
|---|---|---|---|---|---|
| Gastroenterology | 09/15/2025 | 09/15/2025 | Routine | No | |

Subtype:
    Routine EGD
Reason for Request:
    EGD & Esophageal Dilation
Provisional Diagnosis:
    Physician would like to see patient in one week for EGD and esophageal dilation. Reports he will need to see the patient weekly for the next three weeks for repeat EGD and esophageal dilation.

| | | | | | |
|---|---|---|---|---|---|
| Gastroenterology | 09/08/2025 | 09/08/2025 | Routine | No | |

Subtype:
    Routine EGD
Reason for Request:
    EGD & Esophageal Dilation
Provisional Diagnosis:
    Physician would like to see patient in one week for EGD and esophageal dilation. Reports he will need to see the patient weekly for the next three weeks for repeat EGD and esophageal dilation.

**Discontinued Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Gastroenterology | 09/04/2025 | 09/04/2025 | Routine | No | |

Subtype:
    Gastro-Off Site Examination
Reason for Request:
    Follow-up post EGD and Esophageal dilation.
Provisional Diagnosis:

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: CARBONARO, THOMAS | | Reg #: 03052-054 |
| Date of Birth: 11/28/1947 | Sex: M   Race: WHITE | Facility: ALM |
| Encounter Date: 08/25/2025 14:03 | Provider: Bizzak, Alice (MOUD-M) | Unit: C02 |

**Reviewed Health Status:**   Yes

Advanced Practice Provider - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1          Provider:  Bizzak, Alice (MOUD-M) AGPC NP-

Chief Complaint:   GENERAL

Subjective:       77 y/o patient presents to health services after returning from his medical trip.

Instructions were reviewed with patient. Should patient experience fever >101 degrees, chest pain, rectal bleeding difficulty breathing, n/v, vomiting or coughing blood. He was instructed to notify health services immediately. Patient v/u and stated he had no additional questions at this time.

Patient to be on a clear liquid diet until next procedure. Patient to continue tube feeds. My take medications by mouth. Should patient have difficulty with swallowing medications, he was instructed to alert health services immediately. Adjustments will be made accordingly.

RLE - Wound looks to be improving with nitro paste. Odor has greatly improved. Patient to continue coming to daily wound care.

Pain:             Not Applicable

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Sulfonylureas | Unknown | from CIPS |
| Sulfa Antibiotics | Unknown | "i don't remember, it happened as a kid" |
| Nitrofurantoin | Intolerance-other | Liver Disfunction, Jaundice |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 08/25/2025 14:03 by Bizzak, Alice (MOUD-M) AGPC NP-BC

**OBJECTIVE:**

**Exam:**

   **General**
      **Affect**
         Yes: Pleasant, Cooperative
         No: Irritable
      **Appearance**
         Yes: Appears Well, Alert and Oriented x 3
         No: Appears Distressed
   **Skin**
      **General**
         Yes: Within Normal Limits, Skin Intact
         No: Dry

| Inmate Name: | CARBONARO, THOMAS | | | | Reg #: | 03052-054 |
|---|---|---|---|---|---|---|
| Date of Birth: | 11/28/1947 | | Sex: | M   Race: WHITE | Facility: | ALM |
| Encounter Date: | 08/25/2025 14:03 | | Provider: | Bizzak, Alice (MOUD-M) | Unit: | C02 |

**Head**

    **General**

        Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

        No: Facial Asymmetry

**Pulmonary**

    **Observation/Inspection**

        Yes: Within Normal Limits

        No: Coughing, severe w production green/brown mucus, Apneic, Respiratory Distress, Tachypnea, Hyperventilation

**Cardiovascular**

    **Observation**

        No: Cardiopulmonary Distress, Painful Distress

**ASSESSMENT:**

Dysphagia, unspecified, R1310 - Current

Nutritional deficiency, unspecified, E639 - Current

Unspecified protein-calorie malnutrition, E46 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Nutritional Supplement -Other | 08/25/2025 14:03 |

    **Prescriber Order:**   2 Cartons Peg Tube   each evening x 180 day(s) Pill Line Only

    Indication:  Esophagitis, unspecified, Postgastric surgery syndromes, Hernia, inguinal , w/o obstruction or gangrene, Nutritional deficiency, unspecified, Unspecified protein-calorie malnutrition

| | Nutritional Supplement -Other | 08/25/2025 14:03 |
|---|---|---|

    **Prescriber Order:**   2 cartons Peg Tube  at noon x 180 day(s) Pill Line Only

    Indication:  Esophagitis, unspecified, Postgastric surgery syndromes, Hernia, inguinal , w/o obstruction or gangrene, Vitamin B12 deficiency anemia, Unspecified protein-calorie malnutrition, Gastrostomy status, Dysphagia, unspecified

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 754357-ALX | Nutri Sup (Jevity 1.5 Cal) Oral Liquid 237 ml | 08/25/2025 14:03 |

    **Prescriber Order:**   *Drink 1 carton via PEG tube each evening **non-formulary approved until: 10/21/25*

    Discontinue Type:  *When Pharmacy Processes*

    Discontinue Reason:  *Order changed*

    Indication:

| 754356-ALX | Nutri Sup (Jevity 1.5 Cal) Oral Liquid 237 ml | 08/25/2025 14:03 |
|---|---|---|

    **Prescriber Order:**   *Drink 1 carton via PEG tube at noon each day **non-formulary approved until: 10/21/25*

    Discontinue Type:  *When Pharmacy Processes*

    Discontinue Reason:  *Order changed*

    Indication:

| Inmate Name: | CARBONARO, THOMAS | | | Reg #: | 03052-054 |
|---|---|---|---|---|---|
| Date of Birth: | 11/28/1947 | | | Facility: | ALM |
| Encounter Date: | 08/25/2025 14:03 | Sex:  M   Race:  WHITE | | Unit: | C02 |
| | | Provider: Bizzak, Alice (MOUD-M) | | | |

## New Laboratory Requests:

**Details**

Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP)

Lab Tests-P-Prealbumin

Lab Tests - Short List-General-TSH

Lab Tests - Short List-General-CBC

| **Frequency** | **Due Date** | **Priority** |
|---|---|---|
| One Time | 09/08/2025 00:00 | Routine |

Labs requested to be reviewed by:         Cullen, Thomas (MOUD-M) D.O.

## New Consultation Requests:

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Gastroenterology | 09/04/2025 | 09/04/2025 | Routine | No | |

Subtype:

Gastro-Off Site Examination

Reason for Request:

Follow-up post EGD and Esophageal dilation.

Provisional Diagnosis:

Dr. Motto would like to see patient in one week for EGD and dilation.

## Diet Orders:

| Start Date: | 08/25/2025 | Cosign Provider: Cullen, Thomas (MOUD-M) D.O. |
|---|---|---|

Special Diet Order:

Clear Liquid                                      Exp Date:10/31/2025

Other                                              Exp Date:10/31/2025

Comment: Patient to be on clear liquids only. Will continue tube feedings.

## Disposition:

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

## Other:

Patient to continue daily wound care. Patient to take medications as prescribed. Discussed the importance of medication compliance during today's encounter. Patient reported that he wasn't taking his medications because " A nutritionist from the 80's said he shouldn't take other medications while taking antibiotics." Reiterated the importance of medication compliance. Patient v/u and stated he would start taking his medications.

Nutrional Status - Labs ordered, consult placed for Dietitian. Spoke with Dr. Cullen we're in agreeance to increasing patients Jevity to 2 cartons morning, noon and evening.

Spoke with food services this morning. They were made aware that patient is now on a clear liquid diet.

## Patient Education Topics:

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 08/25/2025 | Counseling | Access to Care | Bizzak, Alice | Verbalizes Understanding |
| 08/25/2025 | Counseling | Plan of Care | Bizzak, Alice | Verbalizes Understanding |

**Copay Required:** No              **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Bizzak, Alice (MOUD-M) AGPC NP-BC on 08/25/2025 14:59

Requested to be cosigned by  Cullen, Thomas (MOUD-M) D.O..

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: CARBONARO, THOMAS | | Reg #: 03052-054 |
| Date of Birth: 11/28/1947 | Sex: M  Race: WHITE | Facility: ALM |
| Encounter Date: 08/21/2025 13:03 | Provider: Bizzak, Alice (MOUD-M) | Unit: C02 |

**Reviewed Health Status:** Yes

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Bizzak, Alice (MOUD-M) AGPC NP-

Chief Complaint: Chronic Care Clinic

Subjective: 77 yo for CCC.
Hx: Recent UGI Bleed (s/p gastric artery embolization/Lap PEH repair/Gastropexy/PEG-tube placement); Protein Calorie Malnutrition; Prior Gastric Bypass; GERD/Barrett's Esophagitis; RA; B/L TKR (re-do); Vitreous hemorrhages in the past; TA Polyps; Hypothyroid (on replacement); Hyperlipidemia; Vit D deficient; BPH; Osteoporosis; Asthma; Edentulous; B12 deficient; Fe Deficient; Syncope in the past (had extensive work=up including loop recorder); Mild Aortic Regurgitation; RIH repair; Longstanding sacral wound (followed in wound care clinic and by Gen Surg). Patient is followed by: General Surg/ Cardiology/ Ophthalmology/ Rheumatology/Gastroenterology/Urology/Wound Care Clinic. Patient is able to swallow his meds and tolerate small amounts of a mechanical soft diet. He changes PEG Tube dressing daily. Patient supplements diet through his PEG tube. He is able to perform his ADL's, uses a cane to assist ambulation and has a wheelchair with dedicated pusher to navigate the compound. Reports compliance with meds. Allergic to SULFA and intolerant to NITROFURANTOIN. No falls, feels safe in his environment. PEG and sacral wounds clean.

Pain: Not Applicable

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Sulfonylureas | Unknown | from CIPS |
| Sulfa Antibiotics | Unknown | "I don't remember, it happened as a kid" |
| Nitrofurantoin | Intolerance-other | Liver Disfunction, Jaundice |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 08/21/2025 13:03 by Bizzak, Alice (MOUD-M) AGPC NP-BC

**Seen for clinic(s):** Cardiac, Endocrine/Lipid, Gastrointestinal, General, Mental Health, Orthopedic/Rheumatology, Pulmonary/Respiratory

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/21/2025 | 13:36 ALX | 97.7 | 36.5 | | Bizzak, Alice (MOUD-M) AGPC NP-BC |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/21/2025 | 13:36 ALX | 87 | | | Bizzak, Alice (MOUD-M) AGPC |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|

| Inmate Name: CARBONARO, THOMAS | | | Reg #: | 03052-054 |
|---|---|---|---|---|
| Date of Birth: 11/28/1947 | | Sex: M Race: WHITE | Facility: | ALM |
| Encounter Date: 08/21/2025 13:03 | | Provider: Bizzak, Alice (MOUD-M) | Unit: | C02 |

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/21/2025 | 13:36 ALX | 14 | Bizzak, Alice (MOUD-M) AGPC NP-BC |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/21/2025 | 13:37 ALX | 118/75 | | Standing | | Bizzak, Alice (MOUD-M) AGPC |
| 08/21/2025 | 13:36 ALX | 115/72 | | Lying | | Bizzak, Alice (MOUD-M) AGPC |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/21/2025 | 13:38 ALX | 130.8 | 59.3 | | Bizzak, Alice (MOUD-M) AGPC NP-BC |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

No: Irritable

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Head**

**General**

Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

No: Facial Asymmetry

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

No: Coughing, severe w production green/brown mucus, Apneic, Respiratory Distress, Tachypnea, Hyperventilation

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**Abdomen**

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Exam Comments**

Wounds:
RLE - Shin
Wound #1 top of shin. 0.7 cm L x 0.4 cm W
Wound #2 center of shin 3.8 cm L x 2.4 cm W
Wound #3 bottom of shin 3.7 cm L x 3.6 cm W
Scab located interior portion of RLE 1.8 cm
*** Patient is receiving daily wound care. Wounds are to be cleaned daily, Dakins wet to dry dressing. Nitroglycerin cream to be applied thinly around the wound to help increase perfusion and aid in pain relief. Patient appears to be tolerating new medication well. No signs of hypotension lying or standing.

| Inmate Name: CARBONARO, THOMAS | | Reg #: 03052-054 |
|---|---|---|
| Date of Birth: 11/28/1947 | Sex: M    Race: WHITE | Facility: ALM |
| Encounter Date: 08/21/2025 13:03 | Provider: Bizzak, Alice (MOUD-M) | Unit: C02 |

Pressure ulcer Right heel 3.2 cm - Cleaned daily, band aid applied - Patient given a wedge to use at night to elevate heels off of bed.
Pressure ulcer right 5th digit scabbed - Cleaned daily - band aid applied.

Pressure ulcer left 5th digit scabbed - Cleaned daily - band aid applied.

Patient is currently on Levofloxacin and Doxycycline due to recent wound cultures. Positive for MRSA and e-coli.
** Consulted General Surgery for further recommendations regarding RLE wound. Patient to be seen next week.

GI - Peg tube - Insertion site clean, no erythema, no drainage.

**ASSESSMENT:**

Age-related cataract, H259 - Current

Anxiety disorder, F419 - Current

Dysphagia, unspecified, R1310 - Current

Methicillin resistant Staphylococcus aureus infection [MRSA], A4902 - Current

Pressure ulcer of sacral region, L89159 - Current

Vitamin B12 deficiency anemia, D519 - Current

Asthma, unspecified, 493.9 - Current

Disturbances of vision, 438.7 - Current

Esophagitis, unspecified, 530.10 - Current

Hyperlipidemia, mixed, 272.2 - Current

Hypothyroidism unspecified, 244.9 - Current

Iron deficiency anemia, unspecified, 280.9 - Current

Osteoporosis, unspecified, 733.00 - Current

Postgastric surgery syndromes, 564.2 - Current

Rheumatoid arthritis, 714.0 - Current

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Dietitian | 09/15/2025 | 09/15/2025 | Routine | No | |

    Subtype:
        BOP Dietitian/Geriatric Tele-Nutrition
    Reason for Request:
        Patient recently had a peg tube placed. Currently receiving 4 bottles of Jevity daily, patient continues to weight loss.
    Provisional Diagnosis:
        Patient recently had a peg tube placed. Currently receiving 4 bottles of Jevity daily, patient continues to weight loss. Consulting Dietitian for further recommendations.

**Disposition:**
    Follow-up at Sick Call as Needed
    Follow-up at Chronic Care Clinic as Needed

**Other:**
    No changes to be made to current treatment regimen. Will continue to monitor.

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | CARBONARO, THOMAS | | Reg #: | 03052-054 |
| Date of Birth: | 11/28/1947 | | Facility: | ALM |
| Note Date: | 08/19/2025 14:30 | Sex: M     Race: WHITE | Unit: | C02 |
| | | Provider: Bizzak, Alice (MOUD-M) | | |

**Reviewed Health Status:** Yes
Admin Note - Consultation encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE  **1**          Provider: Bizzak, Alice (MOUD-M) AGPC NP-BC
Consult General Surgery

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| General Surgery | 08/29/2025 | 08/29/2025 | Urgent | No | |

Subtype:
General Surgeon Exam In-house
Reason for Request:
Wound - Right shin since May 9th, 2025. Immunocompromised.
Provisional Diagnosis:
77 y/o patient seen in health services on May 9th for a wound to the RLE. Patient is immunocompromised on Methotrexate for RA. We have not seen an improvement over the past few months, with patient being on daily wound care. We would like to consult general surgery for additional recommendations.

Daily wound care - Patient's last set of cultures + for e-coli and MRSA. Currently prescribed Levaquin and Doxycycline.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Bizzak, Alice (MOUD-M) AGPC NP-BC on 08/19/2025 14:42

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | CARBONARO, THOMAS | | Reg #: | 03052-054 |
| Date of Birth: | 11/28/1947 | Sex: M   Race: WHITE | Facility: | ALM |
| Note Date: | 08/18/2025 15:12 | Provider:   Bizzak, Alice (MOUD-M) | Unit: | C02 |

**Reviewed Health Status:** Yes

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE  1      Provider:  Bizzak, Alice (MOUD-M) AGPC NP-BC
Orders

Patient allergies, sensitivities and others reactions were reviewed and needed updates applied during this visit. See Chart: Allergies for most recent patient allergy list.

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Nitroglycerin Rectal Ointment 0.4 % | 08/18/2025 15:12 |

**Prescriber Order:**    30 gm Rectally  -  daily x 30 day(s) -- apply a THIN layer of ointment around RLE wound after daily cleaning. KEEP NITRO OINTMENT IN PHARMACY FOR DAILY WOUND CARE. DO NOT GIVE TO PATIENT. THIS MEDICATION IS NOT TO BE GIVEN RECTALLY.

Indication:   Local infection of the skin and subcutaneous tissue, unsp

Non-Formulary was created for this drug

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Wound Care | Daily | 90 days | Daily - Dakin's wet to dry over the right shin wounds. Nitroglycerin Ointment to be kept in pharmacy for daily wound care. THIN layer of Nitro ointment to be applied around wound daily during wound care.<br><br>Monitor patient for 30 minutes after application. Ensure patient is not lightheaded or hypotensive upon standing. Should patient develop adverse symptoms, clean off the nitro and refer to PCP for further guidance. | Bizzak, Alice (MOUD-M) AGPC NP-BC |
| | | Order Date: | 08/18/2025 | |

**Discontinued Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| *Wound Care* | *Daily* | *90 days* | *Daily, Daikon's wet to dry over the right shin wounds.* | *Barnhart, Jonathan (MOUD-M) MD* |

Discontinue Reason:  *Renewed*
Order Date:  *08/18/2025*
End Date:  *11/16/2025*

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | |
|---|---|---|
| Inmate Name: CARBONARO, THOMAS | | Reg #: 03052-054 |
| Date of Birth: 11/28/1947 | Sex: M  Race: WHITE | Facility: ALM |
| Note Date: 08/18/2025 13:59 | Provider: Brooks, Robert RN | Unit: C02 |

**Reviewed Health Status:** Yes

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE  1       Provider:  Brooks, Robert RN

During wound care the wound is very odorous. Changing NMOS order from wet to dry to  daikon's solution.

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Sodium Hypochlorite Sol 0.125% (1/4 strength) | 08/18/2025 13:59 |

    **Prescriber Order:**  Wet to Dry dressing  Topically  -  daily x 60 day(s) -- Apply to right lower leg during wound care. Wet to Dry Dressing.

    Start Now:  Yes

    Night Stock Rx#:

    Source: Night Stock

    Admin Method:  Self Administration

    Stop Date: 10/17/2025 13:58

    MAR Label:  Wet to Dry dressing  Topically  -  daily x 60 day(s) -- Apply to right lower leg during wound care. Wet to Dry Dressing.

    One Time Dose Given:  No

    Non-Formulary was created for this drug

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Wound Care | Daily | 90 days | Daily, Daikon's wet to dry over the right shin wounds. | Barnhart, Jonathan (MOUD-M) MD |
| | Order Date: | 08/18/2025 | | |

**Discontinued Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| *Wound Care* | *Daily* | *90 days* | *Daily, NSS Wet To Dry Dressings over the right shin wounds.* | *Gosa, S. (MOUD) PA-C* |
| | Discontinue Reason: | *Renewed* | | |
| | Order Date: | *08/06/2025* | | |
| | End Date: | *11/04/2025* | | |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes     By:  Barnhart, Jonathan (MOUD-M) MD

**Telephone or Verbal order read back and verified.**

Completed by Brooks, Robert RN on 08/18/2025 14:08
Requested to be cosigned by  Barnhart, Jonathan (MOUD-M) MD.

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| Inmate Name: | CARBONARO, THOMAS | | | Reg #: | 03052-054 |
|---|---|---|---|---|---|
| Date of Birth: | 11/28/1947 | | | Facility: | ALM |
| Note Date: | 08/15/2025 13:00 | Sex: | M    Race: WHITE | Unit: | C02 |
| | | Provider: | Bryer, C. NRP | | |

**Reviewed Health Status:**   No

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE  1          Provider:  Bryer, C. NRP

During Wound clinic it was noted that the patient had new wounds to the out of the patient's toes due to new shoes rubbing the area per the patient. Provider was present and aware of these new wounds. Wounds were cleansed and bandaged per verbal orders from Provider.


**Copay Required:** No                **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Bryer, C. NRP on 08/17/2025 19:17
Requested to be reviewed by  Bizzak, Alice (MOUD-M) AGPC NP-BC.

Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | CARBONARO, THOMAS | | Reg #: | 03052-054 |
| Date of Birth: | 11/28/1947 | | Facility: | ALM |
| Note Date: | 08/13/2025 09:28 | Sex: M  Race: WHITE | Unit: | C02 |
| | | Provider: Gosa, S. (MOUD) PA-C | | |

**Reviewed Health Status:** Yes
Review Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE  1        Provider: Gosa, S. (MOUD) PA-C
Review of Culture findings show for the following:

CULTURE, AEROBIC BACTERIA

Micro Number:  22945678
Test Status:  Final
Specimen Source:  Right shin wound
Specimen Quality:  Adequate
Result:        Heavy growth of Escherichia coli
                Moderate growth of
                Methicillin resistant Staphylococcus aureus (MRSA)
                Negative for inducible clindamycin resistance.

Comment:        A portion of the results were performed at CFT3.

| | E.coli | | MRSA | |
|---|---|---|---|---|
| | INT | MIC | INT | MIC |
| AMIKACIN | S | 2 | * | |
| AMOX/CLAVULANATE | R | >=32 | * | |
| AMP/SULBACTAM | I | 16 | * | |
| CEFAZOLIN | R | 16 **1 | * | |
| CEFEPIME | S | <=0.12 | * | |
| CEFTAZIDIME | S | 2 | * | |
| CEFTRIAXONE | S | 0.5 | * | |
| CIPROFLOXACIN | S | <=0.06 | S | <=0.5 |
| CLINDAMYCIN | * | | S | <=0.25 |
| ERYTHROMYCIN | * | | R | >=8 |
| GENTAMICIN | S | <=1 | S | <=0.5 |
| IMIPENEM | S | <=0.25 | * | |
| LEVOFLOXACIN | S | <=0.12 | S | 0.25 |
| MEROPENEM | S | <=0.25 | * | |
| MOXIFLOXACIN | * | | S | <=0.25 |
| OXACILLIN | * | | R | NR **2 |
| PIP/TAZOBACTAM | S | <=4 | * | |
| TETRACYCLINE | * | | S | <=1 |
| TRIMETHOPRIM/SULFA | S | <=20 | S | <=10 |
| VANCOMYCIN | * | | S | 1 |

Allergies Addressed.
Patient allergies reviewed and needed updates
applied during this visit / review.
See Chart: "Allergies" for most recent patient allergy
        list.

I have reviewed this patient's available medical file
for recent labs, tests, and encounters and found this

| Inmate Name: | CARBONARO, THOMAS | | Reg #: | 03052-054 |
|---|---|---|---|---|
| Date of Birth: | 11/28/1947 | | Facility: | ALM |
| Note Date: | 08/13/2025 09:28 | Sex: M  Race: WHITE | Unit: | C02 |
| | | Provider: Gosa, S. (MOUD) PA-C | | |

treatment to be clinically indicated at this time.

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Sulfonylureas | Unknown | from CIPS |
| Sulfa Antibiotics | Unknown | "i don't remember, it happened as a kid" |
| Nitrofurantoin | Intolerance-other | Liver Disfunction, Jaundice |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors on 08/13/2025 09:28 by Gosa, S. (MOUD) PA-C

**Other:**
Susceptibility based on culture results, and will order selected agent based on the culture results and known drug allergies.

LEVOFLOXACIN        S      <=0.12      S      0.25

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Gosa, S. (MOUD) PA-C on 08/13/2025 09:29

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| Inmate Name: | CARBONARO, THOMAS | | Reg #: | 03052-054 |
|---|---|---|---|---|
| Date of Birth: | 11/28/1947 | Sex: M Race: WHITE | Facility: | ALM |
| Note Date: | 08/13/2025 08:59 | Provider: Gosa, S. (MOUD) PA-C | Unit: | C02 |

**Reviewed Health Status:** Yes

Review Note - Report Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE 1        Provider: Gosa, S. (MOUD) PA-C

Review of Culture findings show for the following:

CULTURE, AEROBIC BACTERIA

Micro Number:  ____878
Test Status:  FIN____
Specimen Source:  Right ___ wound
Specimen Quality:  Adeq____
Result:          Heavy growth of Escherichia coli
                Moderate growth ____
                Methicillin resistant Staphylococcus aureus (MRSA)
                Negative for inducible clindamycin resistance.

Comment:        A portion of the results were performed at CFT3.

| | E.coli | | MRSA | |
|---|---|---|---|---|
| | INT | MIC | INT | MIC |
| AMIKACIN | S | 2 | * | |
| AMOX/CLAVULANATE | R | >=32 | * | |
| AMP/SULBACTAM | I | 16 | * | |
| CEFAZOLIN | R | 16 **1 | * | |
| CEFEPIME | S | <=0.12 | * | |
| CEFTAZIDIME | S | 2 | * | |
| CEFTRIAXONE | S | 0.5 | * | |
| CIPROFLOXACIN | S | <=0.06 | S | <=0.5 |
| CLINDAMYCIN | * | | S | <=0.25 |
| ERYTHROMYCIN | * | | R | >=8 |
| GENTAMICIN | S | <=1 | S | <=0.5 |
| IMIPENEM | S | <=0.25 | * | |
| LEVOFLOXACIN | S | <=0.12 | S | 0.25 |
| MEROPENEM | S | <=0.25 | * | |
| MOXIFLOXACIN | * | | S | <=0.25 |
| OXACILLIN | * | | R | NR **2 |
| PIP/TAZOBACTAM | S | <=4 | * | |
| TETRACYCLINE | * | | S | <=1 |
| TRIMETHOPRIM/SULFA | S | <=20 | S | <=10 |
| VANCOMYCIN | * | | S | 1 |

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Sulfonylureas | Unknown | from CIPS |
| Sulfa Antibiotics | Unknown | "i don't remember, it happened as a kid" |
| Nitrofurantoin | Intolerance-other | Liver Disfunction, Jaundice |

| Inmate Name: | CARBONARO, THOMAS | | Reg #: | 03052-054 |
|---|---|---|---|---|
| Date of Birth: | 11/28/1947 | Sex:     M     Race: WHITE | Facility: | ALM |
| Note Date: | 08/13/2025 08:59 | Provider:     M     Gosa, S. (MOUD) PA-C | Unit: | C02 |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 08/13/2025 08:59 by Gosa, S. (MOUD) PA-C

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | | 08/13/2025 08:59 |
| | Levofloxacin Tablet | |

  **Prescriber Order:**  500 mg tab Orally  -  daily x 14 day(s) Pill Line Only -- MRSA and E.coli.

  Indication:  Cellulitis, unspecified, Methicillin resistant Staphylococcus aureus infection [MRSA]

   Non-Formulary was created for this drug

**Other:**

  Susceptibility based on culture results, and will order selected agent based on the culture results and known drug allergies.

  LEVOFLOXACIN   S   .12   S  0.25

**Disposition:**

  Follow-up at Sick Call as Needed

  Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/13/2025 | Counseling | Diagnosis | Gosa, S. | Needs Reinforcement |
| 08/13/2025 | Counseling | Hand & Respiratory Hygiene | Gosa, S. | Needs Reinforcement |
| 08/13/2025 | Counseling | Plan of Care | Gosa, S. | Needs Reinforcement |
| 08/13/2025 | Counseling | New Medication | Gosa, S. | Needs Reinforcement |
| 08/13/2025 | Counseling | Medication Side Effects | Gosa, S. | Needs Reinforcement |
| 08/13/2025 | Counseling | Test/X-ray Results | Gosa, S. | Needs Reinforcement |

**Copay Required:** No    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Gosa, S. (MOUD) PA-C on 08/13/2025 09:17

Requested to be reviewed by  Bizzak, Alice (MOUD-M) AGPC NP-BC.

Review documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CARBONARO, THOMAS | | | Reg #: | 03052-054 |
| Date of Birth: | 11/28/1947 | Sex: | M    Race: WHITE | Facility: | ALM |
| Note Date: | 08/13/2025 08:59 | Provider: | Gosa, S. (MOUD) PA-C | Unit: | C02 |

**Reviewed Health Status:**  Yes

**Review Note** - Report Review encounter performed at Health Services.

**Administrative Notes:**

   ADMINISTRATIVE NOTE  1        Provider:  Gosa, S. (MOUD) PA-C

      Review of Culture findings show for the following:

   CULTURE, AEROBIC BACTERIA

      Micro Number:      24-878
      Test Status:       Final
      Specimen Source:   Right thigh wound
      Specimen Quality:  Adequate
      Result:            Heavy growth of Escherichia coli
                         Moderate growth
                         Methicillin resistant Staphylococcus aureus (MRSA)
                         Negative for inducible clindamycin resistance.

      Comment:           A portion of the results were performed at CFT3.

| | E.coli | | MRSA | |
|---|---|---|---|---|
| | INT | MIC | INT | MIC |
| AMIKACIN | S | 2 | * | |
| AMOX/CLAVULANATE | R | >=32 | * | |
| AMP/SULBACTAM | I | 16 | * | |
| CEFAZOLIN | R | 16 **1 | * | |
| CEFEPIME | S | <=0.12 | * | |
| CEFTAZIDIME | S | 2 | * | |
| CEFTRIAXONE | S | 0.5 | * | |
| CIPROFLOXACIN | S | <=0.06 | S | <=0.5 |
| CLINDAMYCIN | * | | S | <=0.25 |
| ERYTHROMYCIN | * | | R | >=8 |
| GENTAMICIN | S | <=1 | S | <=0.5 |
| IMIPENEM | S | <=0.25 | * | |
| LEVOFLOXACIN | S | <=0.12 | | 0.25 |
| MEROPENEM | S | <=0.25 | * | |
| MOXIFLOXACIN | * | | S | <=0.25 |
| OXACILLIN | * | | R | NR **2 |
| PIP/TAZOBACTAM | S | <=4 | * | |
| TETRACYCLINE | * | | S | <=1 |
| TRIMETHOPRIM/SULFA | S | <=20 | S | <=10 |
| VANCOMYCIN | * | | S | 1 |

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Sulfonylureas | Unknown | from CIPS |
| Sulfa Antibiotics | Unknown | "i don't remember, it happened as a kid" |
| Nitrofurantoin | Intolerance-other | Liver Disfunction, Jaundice |

| Inmate Name: | CARBONARO, THOMAS | | | Reg #: | 03052-054 |
| Date of Birth: | 11/28/1947 | | | Facility: | ALM |
| Note Date: | 08/13/2025 08:59 | Sex: | M    Race: WHITE | Unit: | C02 |
| | | Provider: | Gosa, S. (MOUD) PA-C | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 08/13/2025 08:59 by Gosa, S. (MOUD) PA-C

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Levofloxacin Tablet | 08/13/2025 08:59 |

**Prescriber Order:**    500 mg tab Orally  -  daily x 14 day(s) Pill Line Only – MRSA and E.coli.

Indication:  Cellulitis, unspecified, Methicillin resistant Staphylococcus aureus infection [MRSA]

Non-Formulary was created for this drug

**Other:**

Susceptibility based on culture results, and will order selected agent based on the culture results and known drug allergies.

LEVOFLOXACIN        S    0.12      S    0.25

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/13/2025 | Counseling | Diagnosis | Gosa, S. | Needs Reinforcement |
| 08/13/2025 | Counseling | Hand & Respiratory Hygiene | Gosa, S. | Needs Reinforcement |
| 08/13/2025 | Counseling | Plan of Care | Gosa, S. | Needs Reinforcement |
| 08/13/2025 | Counseling | New Medication | Gosa, S. | Needs Reinforcement |
| 08/13/2025 | Counseling | Medication Side Effects | Gosa, S. | Needs Reinforcement |
| 08/13/2025 | Counseling | Test/X-ray Results | Gosa, S. | Needs Reinforcement |

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Gosa, S. (MOUD) PA-C on 08/13/2025 09:17

Requested to be reviewed by  Bizzak, Alice (MOUD-M) AGPC NP-BC.

Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | CARBONARO, THOMAS | | Reg #: | 03052-054 |
| Date of Birth: | 11/28/1947 | Sex:  M   Race: WHITE | Facility: | ALM |
| Note Date: | 08/07/2025 05:55 | Provider:  Orshaw, Matthew NRP | Unit: | C02 |

**Reviewed Health Status:**  Yes

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

   ADMINISTRATIVE NOTE  1        Provider:  Orshaw, Matthew NRP
      D/C Old NMOS Orders

**Discontinued Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Wound Care | Weekly | 365 days | Daily wound care until wound has completely healed. | Bizzak, Alice (MOUD-M) AGPC NP-BC |
| | | | Alginate to wound - may change every other day. | |
| | | | ** Could switch to a carrier cream such as desitin or calmoseptine if needed. | |

|   |   |
|---|---|
| Discontinue Reason: | *Duplicate* |
| Order Date: | *03/03/2025* |
| End Date: | *03/09/2026* |

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Orshaw, Matthew NRP on 08/07/2025 05:57

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: CARBONARO, THOMAS | | | Reg #: 03052-054 |
| Date of Birth: 11/28/1947 | Sex: M Race: WHITE | | Facility: ALM |
| Encounter Date: 08/06/2025 12:48 | Provider: Gosa, S. (MOUD) PA-C | | Unit: C02 |

**Reviewed Health Status:** Yes

Advanced Practice Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Gosa, S. (MOUD) PA-C

Chief Complaint: Skin Problem

Subjective:    Was asked to evaluate this Patient's RLE during wound clinic.
Upon approach, it is noted this wound having progressed since
last seen the week prior.
Note: Had been to outside Hospital Monday and did not get to
Wound Clinic, and reports this wound having been noted as being
infected again over the past 3-5 days.
Describes the right ankle now being swollen as is the RLE too.
Reports drainage as well, purulent and foul smelling.

Note: reports hadn't taken any of his HTN medications today.

Allergies Addressed.
Patient allergies reviewed and needed updates
applied during this visit / review.
See Chart: "Allergies" for most recent patient allergy
list.

I have reviewed this patient's available medical file
for recent labs, tests, and encounters and found this
treatment to be clinically indicated at this time.

FALL RISK ASSESSMENT: The patient was questioned
at today's encounter and does describe mobility problems.
Has no history of falls in the past 3 months, but does have
secondary diagnosis to suggest a fall risk. Does use an Ambulatory
Aid (cane/wheelchair) and is noted with abnormal gait/transferring.
This Inmate is also alert & oriented X 3.

Pain:    Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 08/06/2025 12:52 |
| Location: | Leg-Lower Right Front |
| Quality of Pain: | Aching |
| Pain Scale: | 7 |
| Intervention: | See previous encoutners. |
| Trauma Date/Year: | 02/25/2022 |
| Injury: | S/P Total Knee Arthroplasty. |
| Mechanism: | |
| Onset: | 3-5 Days |
| Duration: | 3-5 Days |
| Exacerbating Factors: | Standing, touch, pressure to RLE. |
| Relieving Factors: | Nothing identified. |

| | | | |
|---|---|---|---|
| Inmate Name: CARBONARO, THOMAS | | Reg #: | 03052-054 |
| Date of Birth: 11/28/1947 | Sex: M   Race: WHITE | Facility: | ALM |
| Encounter Date: 08/06/2025 12:48 | Provider: Gosa, S. (MOUD) PA-C | Unit: | C02 |

**Reason Not Done:**

**Comments:**

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Sulfonylureas | Unknown | from CIPS |
| Sulfa Antibiotics | Unknown | "I don't remember, it happened as a kid" |
| Nitrofurantoin | Intolerance-other | Liver Disfunction, Jaundice |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 08/06/2025 12:48 by Gosa, S. (MOUD) PA-C

**ROS:**

**General**

**Constitutional Symptoms**

No: Chills, Fever, Night Sweats

**Integumentary**

**Skin**

Yes: Eruptions, Sores that won't heal

No: Within Normal Limits, Bleeding

**HEENT**

**Head**

No: Headaches

**Cardiovascular**

**General**

Yes: Edema

No: Within Normal Limits, Angina, Cough, Exertional dyspnea, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

No: DOE, Dyspnea, Shortness of breath

**Musculoskeletal**

**General**

Yes: Ankle Pain

No: Within Normal Limits

**Nursing Exam**

**Fall Risk (Morse Scale)**

Yes: Secondary diagnosis (Yes=15), Ambulatory aid (Crutches/cane/walker=15), Gait/Transferring (Weak=10), 25-45: Moderate Risk (Initiate Falls Precautions)

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 08/06/2025 | 12:53 | ALX | 96.3 | 35.7 | Forehead | Gosa, S. (MOUD) PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|

Inmate Name: CARBONARO, THOMAS
Date of Birth: 11/28/1947
Encounter Date: 08/06/2025 12:48

Sex: M   Race: WHITE
Provider: Gosa, S. (MOUD) PA-C

Reg #: 03052-054
Facility: ALM
Unit: C02

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 08/06/2025 | 12:53 ALX | 73 | Radial | Regular | Gosa, S. (MOUD) PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 08/06/2025 | 12:53 ALX | 16 | Gosa, S. (MOUD) PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 08/06/2025 | 12:53 ALX | 143/93 | Right Arm | Sitting | | Gosa, S. (MOUD) PA-C |

**Exam:**

**General**

  **Appearance**

    Yes: Alert and Oriented x 3

    No: Appears Well, Appears Distressed, Cachectic, Dyspneic, Pale, Diaphoretic, Acutely Ill

**Skin**

  **General**

    Yes: Tenderness, Erythema

    No: Within Normal Limits, Skin Intact

  **Wound**

    Yes: Wounds present, Signs and/or Symptoms of Infection, Sloughing Tissue, Drainage, Purulent Drainage, Small amount of drainage, Redness, Firmness, Pain, Odor, Wound Deteriorating

    No: Increased Temperature

**Pulmonary**

  **Thorax**

    Yes: Within Normal Limits, Normal Thoracic Expansion, Normal Diaphragmatic Excursion

**Cardiovascular**

  **Observation**

    Yes: Within Normal Limits, Normal Rate, Regular Rhythm

**Peripheral Vascular**

  **Legs**

    Yes: Dorsalis Pedis Normal R, Posterior Tibialis Diminished R, Capillary Refill Normal R, Rubor on Dependency R, Non-pitting edema R

**ROS Comments**

SSTI: SUBJECTIVE:

Duration: Noted 3 months.
Pain scale and descriptors: Described.
Fever/Chills: Denied.
Immunocompromising Conditions/Comorbidities: Rheumatoid Arthritis no
      Biologic agents, Hypothyroidism.

**Exam Comments**

SSTI OBJECTIVE:

Vital Signs: Documented.
Lesion size: Two, proximal 0.5 X 2.0 cm, and more distal of 0.5 X 1.0 cm.
      One newer closed wound on the lateral aspect of the Right heel 0.5 X 1 cm.
Lesion Area (Location): Right Shin area/heel.
Lesion Look (appearance): Hard Eschar/necrotic skin area centered, Foul smelling purulent drainage visible,

| | |
|---|---|
| Inmate Name: **CARBONARO, THOMAS** | Reg #: 03052-054 |
| Date of Birth: 11/28/1947 | Facility: ALM |
| Encounter Date: 08/06/2025 12:48 | Sex: M  Race: WHITE  Provider: Gosa, S. (MOUD) PA-C  Unit: C02 |

(cultured) surrounded by erythematous, slightly warm to touch, tender, non-flocculent to surrounding tissue. There is swelling noted about mid shin down to the ankle/heel.

NO SIGNS OF SYSTEMIC ILLNESS.

**ASSESSMENT:**

Cellulitis, unspecified, L0390 - Current

Local infection of the skin and subcutaneous tissue, unsp, L089 - Current

Methicillin resistant Staphylococcus aureus infection [MRSA], A4902 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Doxycycline Hyclate Capsule/Tablet | 08/06/2025 12:48 |
| | 100 mg tab Orally  -  Two Times a Day x 30 day(s) | |

    **Prescriber Order:**  100 mg tab Orally  -  Two Times a Day x 30 day(s)

    Indication:  Cellulitis, unspecified, Local infection of the skin and subcutaneous tissue, unsp, Methicillin resistant Staphylococcus aureus infection [MRSA]

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-Culture, Aerobic & Anaerobic w/Gram Stain | One Time | 08/06/2025 00:00 | Today |

    Additional Information:

        Right Shin Wound

    Labs requested to be reviewed by:    Cullen, Thomas (MOUD-M) D.O.

    Lab results requested to be notified to:    Bizzak, Alice (MOUD-M) AGPC NP-BC

    Lab personnel verbally notified of a priority order of Today or Stat

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Ankle-2 View AP/Lat [Right], General Radiology-Foot-General [Right], General Radiology-Leg / Fibula & Tibia-2 view AP/Lat [Right] | One Time | | 08/06/2025 | Today |

    Specific reason(s) for request (Complaints and findings):

        Chronic Infection flair up.

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Wound Care | Daily | 90 days | Daily, NSS Wet To Dry Dressings over the right shin wounds. | Gosa, S. (MOUD) PA-C |
| | Order Date: | 08/06/2025 | | |

**Procedures**

    Wound Management

        **Remove Devitalized Tissue**

          Other

        After performing a Time out, right Inmate, right site, right procedure, using a sterile gloved hand and 4 X 4 gauze debrided the necrotic tissue off from and around the wound. The wound areas were irrigated using NSS and a 60 cc Syringe. The Wound areas were then dressed using a NSS Wet to Dry type wound covering with 4 X 4 Gauze and overlay with ABD Bandage. The dressing was secured using a 6-inch Ace bandage wrapped from distal to proximal for best blood return.

| Inmate Name: CARBONARO, THOMAS | | Reg #: 03052-054 |
| Date of Birth: 11/28/1947 | Sex: M  Race: WHITE | Facility: ALM |
| Encounter Date: 08/06/2025 12:48 | Provider: Gosa, S. (MOUD) PA-C | Unit: C02 |

**Procedures**

Tolerated well.

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Other:**

Will start Doxycycline, order for x-ray to r/o bone involvement, and provide for daily wound care.

SSTI PLAN:

ANTIBIOTICS ARE TO BE ON PILL LINE (MRSA ONLY), Yes.
ISOLATION NOT INDICATED DUE TO PATIENT'S VERBAL AGREEMENT FOR COMPLIANCE WITH WOUND CARE.

FOLLOW UP UNTIL THE WOUND IS COMPLETELY HEALED.

ALL PATIENTS MUST BE SCHEDULED FOR PERIODIC FOLLOW-UP APPOINTMENTS UNTIL THE CONDITION IS RESOLVED, If the patient is being transferred prior to resolution, contact with the receiving destination is completed for continuity of care.

Culture Obtain Yes.

Patient Education: Provided as listed.
PRACTICE GOOD HAND HYGIENE KEEP WOUND COVERED, RETURN TO HOSPITAL IF DRAINAGE LEAKS OUT OF THE DRESSING WARM COMPRESSES AS DIRECTED (IF TAKING ABX) INSTRUCTED ON PILL LINE PROCEDURES AND THE IMPORTANCE OF TAKING FULL TREATMENT.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 08/06/2025 | Counseling | Access to Care | Gosa, S. | Verbalizes Understanding |
| 08/06/2025 | Counseling | Diagnosis | Gosa, S. | Verbalizes Understanding |
| 08/06/2025 | Counseling | Hand & Respiratory Hygiene | Gosa, S. | Needs Reinforcement |
| 08/06/2025 | Counseling | New Medication | Gosa, S. | Verbalizes Understanding |
| 08/06/2025 | Counseling | Medication Side Effects | Gosa, S. | Verbalizes Understanding |
| 08/06/2025 | Counseling | Plan of Care | Gosa, S. | Verbalizes Understanding |
| 08/06/2025 | Counseling | Wound Care | Gosa, S. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Gosa, S. (MOUD) PA-C on 08/06/2025 13:33

Requested to be reviewed by Bizzak, Alice (MOUD-M) AGPC NP-BC.

Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | CARBONARO, THOMAS | | Reg #: | 03052-054 |
| Date of Birth: | 11/28/1947 | Sex:      M      Race: WHITE | Facility: | ALM |
| Note Date: | 08/06/2025 09:59 | Provider:      Gosa, S. (MOUD) PA-C | Unit: | C02 |

**Reviewed Health Status:** Yes
**Admin Note -** Report Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE  1          Provider: Gosa, S. (MOUD) PA-C

Received Report of 8/04/2025, seen out by GI for
Repeat Upper Endoscopy Study for evaluation and
treatment.

Findings were of 1.) Z-Line irregular at 37 cm from
Incisors.
2.) LA Grade B Reflux Esophagitis
with no bleeding.
3.) Severe Benign-appearing esophageal
stenosis, dilated up to 19.
4.) Gastric bypass with medium size pouch
with patent GJ anastomosis and pouch
ulcer without active bleeding.
5.) No specimens collected.

Recommendations were for 1.) NPO today.
2.) Continue with current medications.
3.) Repeat Upper Endoscopy in 2 weeks to
evaluate the response to therapy.
4.) Balloon Dilate in 2 weeks.

Allergies Addressed.
Patient allergies reviewed and needed updates
applied during this visit / review.
See Chart: "Allergies" for most recent patient allergy
list.

I have reviewed this patient's available medical file
for recent labs, tests, and encounters and found this
treatment to be clinically indicated at this time.

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Sulfonylureas | Unknown | from CIPS |
| Sulfa Antibiotics | Unknown | "i don't remember, it happened as a kid" |
| Nitrofurantoin | Intolerance-other | Liver Disfunction, Jaundice |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 08/06/2025 09:59 by Gosa, S. (MOUD) PA-C

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Gastroenterology | 08/21/2025 | 08/21/2025 | Urgent | No | |
| Subtype: | | | | | |

| Inmate Name: | CARBONARO, THOMAS | | | Reg #: | 03052-054 |
|---|---|---|---|---|---|
| Date of Birth: | 11/28/1947 | | | Facility: | ALM |
| Note Date: | 08/06/2025 09:59 | Sex:  M   Race: WHITE | Provider:  Gosa, S. (MOUD) PA-C | Unit: | C02 |

Exam done, refer for EGD

**Reason for Request:**

(OUT): Follow up for repeat Upper Endoscopy with Balloon Dilation.

**Provisional Diagnosis:**

Received Report of 8/04/2025, seen out by GI for
Repeat Upper Endoscopy Study for evaluation and
treatment.

Findings were of 1.) Z-Line irregular at 37 cm from
incisors.
2.) LA Grade B Reflux Esophagitis
with no bleeding.
3.) Severe Benign-appearing esophageal
stenosis, dilated up to 19.
4.) Gastric bypass with medium size pouch
with patent GJ anastomosis and pouch
ulcer without active bleeding.
5.) No specimens collected.

Recommendations were for 1.) NPO today.
2.) Continue with current medications.
3.) Repeat Upper Endoscopy in 2 weeks to
evaluate the response to therapy.
4.) Balloon Dilate in 2 weeks.

**Copay Required:** No            **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Gosa, S. (MOUD) PA-C on 08/06/2025 10:18

Requested to be reviewed by Bizzak, Alice (MOUD-M) AGPC NP-BC.

Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: CARBONARO, THOMAS | | Reg #: 03052-054 |
| Date of Birth: 11/28/1947 | Sex: M  Race: WHITE | Facility: ALM |
| Encounter Date: 08/05/2025 09:12 | Provider: Gosa, S. (MOUD) PA-C | Unit: C02 |

**Reviewed Health Status:** Yes

Advanced Practice Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       Provider: Gosa, S. (MOUD) PA-C

**Chief Complaint:** Eyes/Vision Problems

**Subjective:**       Seen this morning for complaints of left eye irritation X 3 days.

Allergies Addressed.
Patient allergies reviewed and needed updates applied during this visit / review.
See Chart: "Allergies" for most recent patient allergy list.

I have reviewed this patient's available medical file for recent labs, tests, and encounters and found this treatment to be clinically indicated at this time.

FALL RISK ASSESSMENT: The patient was questioned at today's encounter and denies any mobility problems. Has no history of falls in the past 3 months, and no secondary diagnosis to suggest a fall risk. Does not use an Ambulatory Aid and is noted with normal gait/transferring. This inmate is also alert & oriented X 3.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 08/05/2025 09:13 |
| Location: | Eye-Left |
| Quality of Pain: | Burning |
| Pain Scale: | 5 |
| Intervention: | Nothing identified. |
| Trauma Date/Year: | 02/25/2022 |
| Injury: | S/P Total Knee Arthroplasty. |
| Mechanism: | |
| Onset: | 3-5 Days |
| Duration: | 3-5 Days |
| Exacerbating Factors: | Rubbing, light. |
| Relieving Factors: | Nothing identified. |
| Reason Not Done: | |
| Comments: | |

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Sulfonylureas | Unknown | from CIPS |
| Sulfa Antibiotics | Unknown | "i don't remember, it happened as a kid" |

| | | |
|---|---|---|
| **Inmate Name:** CARBONARO, THOMAS | | **Reg #:** 03052-054 |
| **Date of Birth:** 11/28/1947 | **Sex:** M  **Race:** WHITE | **Facility:** ALM |
| **Encounter Date:** 08/05/2025 09:12 | **Provider:** Gosa, S. (MOUD) PA-C | **Unit:** C02 |

        Yes: Diffuse Redness L, Watery Discharge L

        No: Within Normal Limits L, Abrasion(s) L, Laceration(s) L

    **Cornea and Lens**

        Yes: Normal Appearing L, Clear Cornea L

  **Face**

    **General**

        Yes: Symmetric

        No: Swelling, Periorbital Edema

  **Neck**

    **General**

        Yes: Within Normal Limits

        No: Lymphadenopathy

  **Pulmonary**

    **Observation/Inspection**

        Yes: Within Normal Limits

    **Thorax**

        Yes: Within Normal Limits, Normal Thoracic Expansion, Normal Diaphragmatic Excursion

**ASSESSMENT:**

Conjunctivitis, H109 - Current - *Left*

**PLAN:**

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | | 08/05/2025 09:12 |
| | Erythromycin Ophthalmic Ointment 5MG/GM | |
| | **Prescriber Order:**  1/2-inch ribbon in Affected Eye(s) Left Eye -  Two Times a Day x 10 day(s) | |
| | Indication:  Conjunctivitis | |

**Disposition:**

    Follow-up at Sick Call as Needed

    Follow-up at Chronic Care Clinic as Needed

**Other:**

    Will provide for eye ointment twice daily and may follow up with PCP.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/05/2025 | Counseling | Diagnosis | Gosa, S. | Verbalizes Understanding |
| 08/05/2025 | Counseling | New Medication | Gosa, S. | Needs Reinforcement |
| 08/05/2025 | Counseling | Medication Side Effects | Gosa, S. | Needs Reinforcement |
| 08/05/2025 | Counseling | Hand & Respiratory Hygiene | Gosa, S. | Needs Reinforcement |
| 08/05/2025 | Counseling | Plan of Care | Gosa, S. | Verbalizes Understanding |

**Bureau of Prisons**
**Health Services**
**Vitals All**

| Begin Date: 07/26/2025 | End Date: 08/27/2025 |
|---|---|
| Reg #:   03052-054 | Inmate Name:   CARBONARO, THOMAS |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/21/2025 | 13:36 ALX | 97.7 | 36.5 | | Bizzak, Alice (MOUD-M) AGPC NP-BC |
| | Orig Entered: 08/21/2025 13:40 EST | | | Bizzak, Alice (MOUD-M) AGPC NP-BC | |
| 08/06/2025 | 12:53 ALX | 96.3 | 35.7 | Forehead | Gosa, S. (MOUD) PA-C |
| | Orig Entered: 08/06/2025 12:58 EST | | | Gosa, S. (MOUD) PA-C | |
| 08/05/2025 | 09:14 ALX | Unavailable | 0.0 | | Gosa, S. (MOUD) PA-C |
| | Orig Entered: 08/05/2025 09:15 EST | | | Gosa, S. (MOUD) PA-C | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/21/2025 | 13:36 ALX | 87 | | | Bizzak, Alice (MOUD-M) AGPC NP-BC |
| | Orig Entered: 08/21/2025 13:40 EST | | Bizzak, Alice (MOUD-M) AGPC NP-BC | | |
| 08/06/2025 | 12:53 ALX | 73 | Radial | Regular | Gosa, S. (MOUD) PA-C |
| | Orig Entered: 08/06/2025 12:58 EST | | Gosa, S. (MOUD) PA-C | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/21/2025 | 13:36 ALX | 14 | Bizzak, Alice (MOUD-M) AGPC NP-BC |
| | Orig Entered: 08/21/2025 13:40 EST | | Bizzak, Alice (MOUD-M) AGPC NP-BC |
| 08/06/2025 | 12:53 ALX | 16 | Gosa, S. (MOUD) PA-C |
| | Orig Entered: 08/06/2025 12:58 EST | | Gosa, S. (MOUD) PA-C |
| 08/05/2025 | 09:14 ALX | 16 | Gosa, S. (MOUD) PA-C |
| | Orig Entered: 08/05/2025 09:15 EST | | Gosa, S. (MOUD) PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/21/2025 | 13:37 ALX | 118/75 | | Standing | | Bizzak, Alice (MOUD-M) AGPC NP-BC |
| | Orig Entered: 08/21/2025 13:40 EST | | | Bizzak, Alice (MOUD-M) AGPC NP-BC | | |
| 08/21/2025 | 13:36 ALX | 115/72 | | Lying | | Bizzak, Alice (MOUD-M) AGPC NP-BC |
| | Orig Entered: 08/21/2025 13:40 EST | | | Bizzak, Alice (MOUD-M) AGPC NP-BC | | |
| 08/06/2025 | 12:53 ALX | 143/93 | Right Arm | Sitting | | Gosa, S. (MOUD) PA-C |
| | Orig Entered: 08/06/2025 12:58 EST | | | Gosa, S. (MOUD) PA-C | | |
| 08/05/2025 | 09:14 ALX | Unavailable | | | | Gosa, S. (MOUD) PA-C |
| | Orig Entered: 08/05/2025 09:15 EST | | | Gosa, S. (MOUD) PA-C | | |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/21/2025 | 13:38 ALX | 130.8 | 59.3 | | Bizzak, Alice (MOUD-M) AGPC NP-BC |
| | Orig Entered: 08/21/2025 13:40 EST | | | Bizzak, Alice (MOUD-M) AGPC NP-BC | |
| 08/20/2025 | 19:07 ALX | Unavail | 0.0 | | Bryer, C. NRP |

| | | | | | |
|---|---|---|---|---|---|
| Begin Date: 07/28/2025 | | | | End Date: 08/27/2025 | |
| Reg #: 03052-054 | | | | Inmate Name: CARBONARO, THOMAS | |

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| | Orig Entered: 08/20/2025 19:08 EST | | | Bryer, C. NRP | |
| 08/19/2025 | 12:59 ALX | 131.6 | 59.7 | | Brooks, Robert RN |
| | Orig Entered: 08/19/2025 13:00 EST | | | Brooks, Robert RN | |
| 08/13/2025 | 13:31 ALX | Unavail | 0.0 | | Brooks, Robert RN |
| Lock Down | | | | | |
| | Orig Entered: 08/13/2025 13:32 EST | | | Brooks, Robert RN | |
| 08/06/2025 | 12:54 ALX | 134.9 | 61.2 | | Orshaw, Matthew NRP |
| | Orig Entered: 08/06/2025 12:56 EST | | | Orshaw, Matthew NRP | |
| 07/30/2025 | 10:09 ALX | 131.3 | 59.6 | | Brooks, Robert RN |
| | Orig Entered: 07/30/2025 10:10 EST | | | Brooks, Robert RN | |
| 07/28/2025 | 13:09 ALX | 131.3 | 59.6 | | Karney, A. NRP |
| | Orig Entered: 07/28/2025 13:10 EST | | | Karney, A. NRP | |

**Bureau of Prisons**
**Health Services**
**PPDs**

Reg #: 03052-054                                    Inmate Name: CARBONARO, THOMAS

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| 12/21/2024 20:20 | Right Forearm | Orshaw, Matthew NRP | 12/23/2024 17:55 | 0 mm | Chapman, G. RN |
| Orig Entered: 12/21/2024 20:21 EST | | | Orig Entered: 12/23/2024 17:55 EST | | |
| 12/23/2023 16:50 | Right Forearm | Freynik, Joseph NREMT-P | 12/25/2023 13:08 | 0 mm | Orshaw, Matthew NRP |
| Orig Entered: 12/23/2023 16:51 EST | | | Orig Entered: 12/25/2023 13:08 EST | | |
| 12/23/2022 16:22 | Right Forearm | Orshaw, Matthew NRP | 12/25/2022 13:47 | 0 mm | Orshaw, Matthew NRP |
| Orig Entered: 12/23/2022 16:23 EST | | | Orig Entered: 12/25/2022 13:47 EST | | |
| 09/02/2022 12:23 | Left Forearm | Smithart, Peggy QIIC RN | 09/04/2022 10:54 | 0 mm | Orshaw, Matthew NRP |
| Orig Entered: 09/02/2022 12:25 EST | | | Orig Entered: 09/04/2022 10:55 EST | | Wilson, David RN |
| 01/04/2021 12:34 | Right Forearm | Moir, Matthew NRP | 01/06/2021 11:21 | 0 mm | Moir, Matthew NRP |
| Orig Entered: 01/04/2021 12:35 EST | | | Orig Entered: 01/06/2021 11:21 EST | | |
| 01/08/2020 09:19 | Right Forearm | Moir, Matthew NRP | 01/10/2020 07:50 | 0 mm | Bloom, C. LPN |
| Orig Entered: 01/08/2020 09:20 EST | | | Orig Entered: 01/10/2020 07:51 EST | | |
| 01/29/2019 11:51 | Right Forearm | Bloom, C. LPN | 01/31/2019 11:50 | 0 mm | Bloom, C. LPN |
| Orig Entered: 01/29/2019 11:52 EST | | | Orig Entered: 01/31/2019 11:50 EST | | |
| 02/12/2018 08:58 | Right Forearm | Andress, Teresa AGNP | 02/14/2018 08:58 | 0 mm | Row, Dottie A LPN |
| Orig Entered: 02/12/2018 08:59 EST | | | Orig Entered: 02/14/2018 08:58 EST | | Row, Dottie A LPN |
| 02/28/2017 10:04 | Left Forearm | Jensen, C. MOA | 03/02/2017 10:45 | 0 mm | Jensen, C. MOA |
| Orig Entered: 02/28/2017 10:05 EST | | | no s/s of TB. Orig Entered: 03/02/2017 10:45 EST | | |
| 02/29/2016 08:10 | Left Forearm | Elmore, P. MOA | 03/02/2016 08:20 | 0 mm | Jensen, C. MOA |
| Orig Entered: 02/29/2016 10:21 EST | | | NO S&S OF TB Orig Entered: 03/02/2016 08:21 EST | | Piper, L. MOA |
| 03/02/2015 08:05 | Left Forearm | Elmore, P. MOA | 03/04/2015 08:24 | 0 mm | Piper, L. MOA |
| Orig Entered: 03/02/2015 08:30 EST | | | No signs or symptoms of tb Orig Entered: 03/04/2015 08:24 EST | | Elmore, P. MOA |
| 03/12/2014 20:08 | Right Forearm | Elmore, P. MOA | 03/14/2014 13:50 | 0 mm | Elmore, P. MOA |
| Orig Entered: 03/12/2014 20:09 EST | | | Orig Entered: 03/14/2014 13:51 EST | | Snyder, Amy RN |
| 03/19/2013 12:55 | Left Forearm | Rarick, L EMT-P | 03/21/2013 06:42 | 0 mm | Snyder, Amy RN |
| Orig Entered: 03/19/2013 12:56 EST | | Darder Bonilla, Sheila | Orig Entered: 03/21/2013 06:43 EST | | Steffan, Dave PA |
| | | Darder Bonilla, Sheila RN/IOP/IDC | | | Steffan, Dave PA |

# Bureau of Prisons
## Health Services
### PPDs

**Reg #:**  03052-054                              **Inmate Name:** CARBONARO, THOMAS

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| 03/21/2012  10:31 | Left Forearm | Darder Bonilla, Sheila | 03/23/2012  09:07 | 0 mm | Darder Bonilla, Sheila RN/IOP/IDC |
| **Orig Entered:** 03/21/2012 10:32 EST | | Darder Bonilla, Sheila RN/IOP/IDC | **Orig Entered:** 03/23/2012 09:07 EST | | Darder Bonilla, Sheila RN/IOP/IDC |
| 04/18/2011  14:15 | Left Forearm | Darder Bonilla, Sheila | 04/20/2011  15:05 | 0 mm | Darder Bonilla, Sheila RN/IOP/IDC |
| **Orig Entered:** 04/18/2011 14:16 EST | | Darder Bonilla, Sheila RN/IOP/IDC | **Orig Entered:** 04/20/2011 15:05 EST | | Darder Bonilla, Sheila RN/IOP/IDC |
| 04/19/2010  10:09 | Left Forearm | Darder Bonilla, Sheila | 04/21/2010  10:03 | 0 mm | Darder Bonilla, Sheila RN/IOP/IDC |
| **Orig Entered:** 04/19/2010 10:10 EST | | Darder Bonilla, Sheila RN/IOP/IDC | **Orig Entered:** 04/21/2010 10:03 EST | | Darder Bonilla, Sheila RN/IOP/IDC |
| 05/05/2009  09:41 | Left Forearm | Hubble, Kenton PA | 05/07/2009  07:59 | 0 mm | Hubble, Kenton PA |
| **Orig Entered:** 05/05/2009 09:43 EST | | Steffan, Dave PA | **Orig Entered:** 05/07/2009 07:59 EST | | Steffan, Dave PA |
| 05/06/2008  09:07 | Left Forearm | Steffan, Dave PA | 05/08/2008  08:11 | 0 mm | Steffan, Dave PA |
| **Orig Entered:** 05/06/2008 09:09 EST | | | **Orig Entered:** 05/08/2008 08:11 EST | | |

**Total:  18**

# Medication Administration Record

JULY 2025

03052-054    CARBONARO, THOMAS

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cullen, Thomas D.O.** Take one tablet (70 MG) by mouth weekly on Monday ***Do Not Crush*** — Patient upright a minimum of two hours after weekly dose. Ord. Date 06/27/25 10:16 Exp. Date 12/24/25 10:15 ALX 752846-ALX | 2000 | | | | | | | ◾ | | | | | | | ◾ | | ◾ | | | | ◾ | | | | ◾ | | | ◾ | | ◾ | | | |
| **Gore, Catherine FNP-BC** Alendronate 70 MG Tab Unit of Use Blister Pack | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Take one tablet (100 MG) by mouth twice daily ***pill line*** — ***Do Not Crush*** Ord. Date 07/01/25 13:29 Exp. Date 07/10/25 10:20 ALX 752917-ALX | 0800 | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | | | | | | | | | | | | | | | | | | | | | | |
| Doxycycline Hyclate 100 MG Tablet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Gore, S. PA-C** Take one tablet (100 MG) by mouth twice daily ***Do Not Crush*** Ord. Date 07/10/25 10:20 Exp. Date 07/17/25 10:18 ALX 753545-ALX | 0600 | | | | | | | | | | | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | | | | | | | | | | | | | | | | |
| Doxycycline Hyclate 100 MG Tablet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Cullen, Thomas D.O.** Inject 50mg subcutaneously every Wednesday **non-formulary approved until: 10/5/25** Ord. Date 06/27/25 10:27 Exp. Date 10/05/25 10:21 ALX 752651-ALX | 1300 | | ◾ | | | | | | | ◾ | | | | | | | ◾ | | | | | | | ◾ | | | | | | | ◾ | | |
| Etanercept 50 MG/ML pre-filled syringe | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: CAB = Bower, C. | JCM = Moyle, J. | GWC = Chapman, G. | JMM = Maris, J. | JMM = Maris, J. | AJK = Kamey, A. | RJB = Brooks, R. | NRM = Malzo, N. | CRB = Bryer, C. | KTD = Downs, K. | MAO = Orshaw, M. | TJS = Sechrist, T.

Documentation Codes: ORD = Order | NS = No Show | R = Refused

Registration #: 03052-054        Pt. Name: CARBONARO, THOMAS        DOB: 11/28/47

# Medication Administration Record

## JULY 2025

**03052-054    CARBONARO, THOMAS**

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ord. Date** 06/27/25 10/26 **Exp. Date** 07/20/2025 10/25 Cullen, Thomas D.O. Drink 1 carton via PEG tube at noon each day **non-formulary approved until: 7/20/25** | 1030 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| 752659-ALX Nutri Sup (Jevity 1.5 Cal) Oral Liquid 237 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Ord. Date** 06/27/25 10/26 **Exp. Date** 07/20/2025 10/25 Cullen, Thomas D.O. Drink 2 cartons via PEG tube each morning **non-formulary approved until: 7/20/25** | 0600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| 752660-ALX Nutri Sup (Jevity 1.5 Cal) Oral Liquid 237 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Ord. Date** 06/27/25 10/26 **Exp. Date** 07/20/2025 10/25 Cullen, Thomas D.O. Drink 1 carton via PEG tube each evening **non-formulary approved until: 7/20/25** | 2000 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| 752691-ALX Nutri Sup (Jevity 1.5 Cal) Oral Liquid 237 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Ord. Date** 07/22/25 07/41 **Exp. Date** 10/21/25 07/40 Goss, S. PA-C Drink 2 cartons via PEG tube each morning **non-formulary approved until: 10/21/25** | 0600 | | | | | | | | | | | | | | | | | | | | x | x | x | x | x | x | x | x | x | x | x | x |
| 754055-ALX Nutri Sup (Jevity 1.5 Cal) Oral Liquid 237 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: CAB = Bower, C. | JCM = Moyle, J. | GWC = Chapman, G. | JMM = Maris, J. | AJK = Karney, A. | RJB = Brooks, R. | NRM = Maize, N. | CRB = Bryer, C. | KTD = Downs, K. | MAO = Crahaw, M. | TJS = Sechrist, T.

Documentation Codes: ORD = Order | NS = No Show | R = Refused

**Registration #: 03052-054    Pt. Name: CARBONARO, THOMAS    DOB: 11/28/47**

# Medication Administration Record

**JULY 2025**

03052-054    CARBONARO, THOMAS

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Goss, S. PA-C**<br>Ord. Date 07/23/25 07:42<br>Exp. Date 08/26/25 07:48<br>Drink 1 carton via PEG tube at noon each day<br>**non-formulary approved until: 10/21/25**<br><br>ALX<br>754355-ALX<br>Nutri Sup (Jevity 1.5 Cal) Oral Liquid 237 ml | 1030 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | | | | |
| **Goss, S. PA-C**<br>Ord. Date 07/23/25 07:43<br>Exp. Date 08/26/25 07:48<br>Drink 1 carton via PEG tube each evening<br>**non-formulary approved until: 10/21/25**<br><br>ALX<br>754357-ALX<br>Nutri Sup (Jevity 1.5 Cal) Oral Liquid 237 ml | 2000 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | | | | |
| **Cullen, Thomas D.O.**<br>Ord. Date 08/27/25 10:24<br>Exp. Date 12/24/25 10:23<br>take 1 Tablespoonful (15mL) by mouth twice daily AS NEEDED for constipation — 16 d/s<br><br>ALX<br>752655-ALX<br>Lactulose 10 GM/15 ML, 473 ML | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: CAB = Bower, C. | JCM = Moyle, J. | GWC = Chapman, G. | JMM = Mairs, J. | AJK = Kenney, A. | RJB = Brooks, R. | NRM = Maize, N. | CRB = Bryer, C. | KTD = Downs, K. | MAO = Orshaw, M. | TJS = Sechrist, T.

Documentation Codes: ORD = Order | NS = No Show | R = Refused

Registration #: 03052-054    Pt. Name: CARBONARO, THOMAS    DOB: 11/72847

# Medication Administration Record

**AUGUST 2025**

03052-054    CARBONARO, THOMAS

## Medication Orders

| Medication Orders | Time |
|---|---|
| **Cullen, Thomas D.O.** Alendronate 70 MG Tab Unit of Use Blister Pack — Take one tablet (70 MG) by mouth weekly on Monday ***Do Not Crush*** -- Remain upright a minimum of two hours after weekly dose. Ord. Date 06/27/25 10:15 — Exp. Date 12/24/25 10:15 — ALX 752846-ALX | 2000 |
| **Goss, S. PA-C** Doxycycline Hyclate 100 MG Tablet — Take one tablet (100 MG) by mouth two times a day ***Do Not Crush*** Ord. Date 08/06/25 13:35 — Exp. Date 09/05/25 13:34 — ALX 752634-ALX | 0800 / 1030 / 2000 |
| **Cullen, Thomas D.O.** Etanercept 50 MG/ML pre-filled syringe — Inject 50mg subcutaneously every Wednesday ***non-formulary approved until: 10/8/25*** Ord. Date 08/27/25 10:22 — Exp. Date 10/08/25 10:21 — ALX 752651-ALX | 1300 |
| **Goss, S. PA-C** Levofloxacin 500 MG Tab — Take one tablet (500 MG) by mouth daily for 14 days ***Do Not Crush*** ***non-formulary approved*** 9/12/25 --- ***ON TOP OF PYXIS*** Ord. Date 08/15/25 08:39 — Exp. Date 08/29/25 08:38 — ALX 756177-ALX | 0600 |

Providers: CAB = Bower, C. | JCM = Moyle, J. | GWC = Chapman, G. | JMM = Maets, J. | ACB = Bizzak, A. | AJK = Kenney, A. | SMS = Snook, S. | RJB = Brooks, R. | CRB = Bryer, C. | KTD = Downs, K. | MAO = Orshaw, M. | MPX = Powanda, M.
Administration Sites: a = Mouth
Documentation Codes: ORD = Order | NS = No Show | R = Refused

Registration #: 03052-054    Pt. Name: CARBONARO, THOMAS    DOB: 11/28/47

# Medication Administration Record

**AUGUST 2025**

03052-054   CARBONARO, THOMAS

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bizzak, Alice AGPC NP-BC** — Apply thin layer topically each day ***non-formulary approved*** 10/18/25 ***WOUND CARE ONLY*** ***DO NOT GIVE TO PATIENT*** <br> Ord. Date 08/19/25 12:29 <br> Exp. Date 09/18/25 12:28 <br> ALX 754462-ALX <br> Nitroglycerin Rectal Ointment 0.4 % 30gm | 0600 | x | x | x | x | | | | | | | | | x | x | x | x | x | x | x | | | | | | | x | x | x | x | x | x | x |
| **Goss, S. PA-C** — Drink 2 cartons via PEG tube each morning ***non-formulary approved until: 10/21/25*** <br> Ord. Date 07/23/25 07:41 <br> Exp. Date 10/21/25 07:40 <br> ALX 754355-ALX <br> Nutri Sup (Jevity 1.5 Cal) Oral Liquid 237 ml | 0600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | |
| **Goss, S. PA-C** — Drink 1 carton via PEG tube at noon each day ***non-formulary approved until: 10/21/25*** <br> Ord. Date 07/22/25 07:42 <br> Exp. Date 09/20/25 07:48 <br> ALX 754356-ALX <br> Nutri Sup (Jevity 1.5 Cal) Oral Liquid 237 ml | 1050 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | |
| **Goss, S. PA-C** — Drink 1 carton via PEG tube each evening ***non-formulary approved until: 10/21/25*** <br> Ord. Date 07/23/25 07:43 <br> Exp. Date 08/25/25 07:48 <br> ALX 754357-ALX <br> Nutri Sup (Jevity 1.5 Cal) Oral Liquid 237 ml | 2000 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | |

Providers: CAB = Brewer, C. | JCM = Moyle, J. | GWC = Chapman, G. | JMM = Maris, J. | ACB = Bizzak, A. | AJK = Karney, A. | SMS = Snook, S. | RJB = Brooks, R. | CRB = Bryer, C. | KTD = Downs, K. | MAO = Onshaw, M. | MPX = Powanda, M. |
Administration Sites: a = Mouth
Documentation Codes: ORD = Order | NS = No Show | R = Refused

Registration #: 03052-054        Pt. Name: CARBONARO, THOMAS        DOB: 11/28/47

# Medication Administration Record

**AUGUST 2025**

03052-054    CARBONARO, THOMAS

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ord. Date** 08/29/25 07:47  **Exp. Date** 10/21/25 07:46 — Cullen, Thomas D.O.  Drink 2 cartons via PEG tube each evening **non-formulary approved until: 10/21/25  ALX 759817- ALX | 2000 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| Nutri Sup (Jevity 1.5 Cal) Oral Liquid 237 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Ord. Date** 08/29/25 07:54  **Exp. Date** 10/21/25 07:53 — Cullen, Thomas D.O.  Drink 2 cartons via PEG tube at noon **non-formulary approved until: 10/21/25  ALX 759818- ALX | 1030 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| Nutri Sup (Jevity 1.5 Cal) Oral Liquid 237 ml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Ord. Date** 08/18/25 13:59  **Exp. Date** 10/17/25 13:58 — Barnhart, Jonathan MD  Wet to dry dressing topically each day – Apply to right lower leg during wound care. Wet to dry dressing. **WOUND CARE ONLY** **non-formulary approved** 10/18/25  ALX 759471- ALX | 0600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | | | | | |
| Sodium Hypochlorite Sol 0.125 % (1/4 strength) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Ord. Date** 08/21/25 10:24  **Exp. Date** 12/24/25 10:23 — Cullen, Thomas D.O.  take 1 Tablespoonful (15mL) by mouth twice daily AS NEEDED for constipation – 16 dis  ALX 752855- ALX | PRN | | | | | | | | | | | | | | | | | | | | | x | x | x | x | | x | | | | | |
| Lactulose 10 GM/15 ML  473 ML | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: CAB = Bower, C. | JCM = Moyle, J. | GWC = Chapman, G. | JMM = Maris, J. | ACB = Bizzak, A. | AJK = Karney, A. | SMS = Snook, S. | RJB = Brooks, R. | CRB = Bryer, C. | KTD = Downs, K. |
MAO = Orehaw, M. | MPX = Powanda, M.
Administration Sites: a = Mouth
Documentation Codes: ORD = Order | INS = No Show | R = Refused

Registration #: 03052-054    Pt. Name: CARBONARO, THOMAS    DOB: 11/28/47

# Bureau of Prisons
## Health Services
### Patient Education Assessments & Topics

**Reg #:** 03052-054        **Inmate Name:** CARBONARO, THOMAS

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education |
|---|---|---|---|---|

**Total:** 0

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 08/26/2025 | Counseling | Access to Care | Verbalizes Understanding | Bizzak, Alice |
| | Orig Entered: | 08/26/2025 13:37 EST | Bizzak, Alice (MOUD-M) | |
| 08/26/2025 | Counseling | Plan of Care | Verbalizes Understanding | Bizzak, Alice |
| | Orig Entered: | 08/26/2025 13:37 EST | Bizzak, Alice (MOUD-M) | |
| 08/25/2025 | Counseling | Access to Care | Verbalizes Understanding | Bizzak, Alice |
| | Orig Entered: | 08/25/2025 14:58 EST | Bizzak, Alice (MOUD-M) | |
| 08/25/2025 | Counseling | Plan of Care | Verbalizes Understanding | Bizzak, Alice |
| | Orig Entered: | 08/25/2025 14:58 EST | Bizzak, Alice (MOUD-M) | |
| 08/21/2025 | Counseling | Access to Care | Verbalizes Understanding | Bizzak, Alice |
| | Orig Entered: | 08/21/2025 15:45 EST | Bizzak, Alice (MOUD-M) | |
| 08/21/2025 | Counseling | Plan of Care | Verbalizes Understanding | Bizzak, Alice |
| | Orig Entered: | 08/21/2025 15:45 EST | Bizzak, Alice (MOUD-M) | |
| 08/13/2025 | Counseling | Diagnosis | Needs Reinforcement | Gosa, S. |
| | Orig Entered: | 08/13/2025 09:16 EST | Gosa, S. (MOUD) | |
| 08/13/2025 | Counseling | Hand & Respiratory Hygiene | Needs Reinforcement | Gosa, S. |
| | Orig Entered: | 08/13/2025 09:16 EST | Gosa, S. (MOUD) | |
| 08/13/2025 | Counseling | Plan of Care | Needs Reinforcement | Gosa, S. |
| | Orig Entered: | 08/13/2025 09:16 EST | Gosa, S. (MOUD) | |
| 08/13/2025 | Counseling | New Medication | Needs Reinforcement | Gosa, S. |
| | Orig Entered: | 08/13/2025 09:16 EST | Gosa, S. (MOUD) | |
| 08/13/2025 | Counseling | Medication Side Effects | Needs Reinforcement | Gosa, S. |

Reg #: 03052-054                Inmate Name: CARBONARO, THOMAS

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| | **Orig Entered:** 08/13/2025 09:16 EST | Gosa, S. (MOUD) | | |
| 08/13/2025 | Counseling | Test/X-ray Results | Needs Reinforcement | Gosa, S. |
| | **Orig Entered:** 08/13/2025 09:16 EST | Gosa, S. (MOUD) | | |
| 08/06/2025 | Counseling | Access to Care | Verbalizes Understanding | Gosa, S. |
| | **Orig Entered:** 08/06/2025 13:31 EST | Gosa, S. (MOUD) | | |
| 08/06/2025 | Counseling | Diagnosis | Verbalizes Understanding | Gosa, S. |
| | **Orig Entered:** 08/06/2025 13:31 EST | Gosa, S. (MOUD) | | |
| 08/06/2025 | Counseling | Hand & Respiratory Hygiene | Needs Reinforcement | Gosa, S. |
| | **Orig Entered:** 08/06/2025 13:31 EST | Gosa, S. (MOUD) | | |
| 08/06/2025 | Counseling | New Medication | Verbalizes Understanding | Gosa, S. |
| | **Orig Entered:** 08/06/2025 13:31 EST | Gosa, S. (MOUD) | | |
| 08/06/2025 | Counseling | Medication Side Effects | Verbalizes Understanding | Gosa, S. |
| | **Orig Entered:** 08/06/2025 13:31 EST | Gosa, S. (MOUD) | | |
| 08/06/2025 | Counseling | Plan of Care | Verbalizes Understanding | Gosa, S. |
| | **Orig Entered:** 08/06/2025 13:31 EST | Gosa, S. (MOUD) | | |
| 08/06/2025 | Counseling | Wound Care | Verbalizes Understanding | Gosa, S. |
| | **Orig Entered:** 08/06/2025 13:31 EST | Gosa, S. (MOUD) | | |
| 08/05/2025 | Counseling | Diagnosis | Verbalizes Understanding | Gosa, S. |
| | **Orig Entered:** 08/05/2025 09:22 EST | Gosa, S. (MOUD) | | |
| 08/05/2025 | Counseling | New Medication | Needs Reinforcement | Gosa, S. |
| | **Orig Entered:** 08/05/2025 09:22 EST | Gosa, S. (MOUD) | | |
| 08/05/2025 | Counseling | Medication Side Effects | Needs Reinforcement | Gosa, S. |
| | **Orig Entered:** 08/05/2025 09:22 EST | Gosa, S. (MOUD) | | |
| 08/05/2025 | Counseling | Hand & Respiratory Hygiene | Needs Reinforcement | Gosa, S. |
| | **Orig Entered:** 08/05/2025 09:22 EST | Gosa, S. (MOUD) | | |
| 08/05/2025 | Counseling | Plan of Care | Verbalizes Understanding | Gosa, S. |
| | **Orig Entered:** 08/05/2025 09:22 EST | Gosa, S. (MOUD) | | |
| 08/05/2025 | Counseling | Other | Needs Reinforcement | Gosa, S. |
| | Eye Care warm moist wash clothes over eyes in the evening. | | | |

Reg #: 03052-054    Inmate Name: CARBONARO, THOMAS

## Topics

**Date Initiated**    **Format**    **Handout/Topic**    **Outcome**    **Provider**

Orig Entered:    08/05/2025 09:22 EST    Gosa, S. (MOUD)

**Total: 25**

Bureau of Prisons - ALM

Generated 08/27/2025 07:13 by Maris, Jen HIT

**Bureau of Prisons**
**Health Services**
**Health Problems**

| Reg #: 03052-054 | Inmate Name: CARBONARO, THOMAS | | | | | |

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Hypothyroidism unspecified<br>08/24/2015 09:04 EST  Daugherty, Genevieve PA-C | III | ICD-9 | 244.9 | 08/24/2015 | Current | 08/24/2015 |
| Unspecified vitamin D deficiency<br>10/13/2015 13:19 EST  Billa, Christopher FNP-C | III | ICD-9 | 268.9 | 10/13/2015 | Current | 10/13/2015 |
| Hyperlipidemia, mixed<br>09/06/2018 08:55 EST  Cullen, Thomas D.O.<br>07/01/2008 15:20 EST  Steffan, Dave PA<br>Diet controlled. | III<br>III | ICD-9<br>ICD-9 | 272.2<br>272.2 | 07/01/2008<br>07/01/2008 | Current<br>Current | 07/01/2008<br>07/01/2008 |
| Iron deficiency anemia, unspecified<br>06/24/2020 12:23 EST  Cullen, Thomas D.O.<br>11/21/2014 07:42 EST  Stander, Klint MD<br>color good skin w/d c/needs extra blanket et strained diet due to edentulous will refer diet issue to dental<br>09/09/2014 08:21 EST  Spurlock, Sara FNP<br>color good skin w/d c/needs extra blanket et strained diet due to edentulous will refer diet issue to dental<br>06/21/2011 08:02 EST  Rush, Joe PA-C | III<br>III<br><br>III<br><br><br>III | ICD-9<br>ICD-9<br><br>ICD-9<br><br><br>ICD-9 | 280.9<br>280.9<br><br>280.9<br><br><br>280.9 | 06/21/2011<br>06/21/2011<br><br>06/21/2011<br><br><br>06/21/2011 | Current<br>Resolved<br><br>Current<br><br><br>Current | 06/24/2020<br>11/21/2014<br><br>06/21/2011<br><br><br>06/21/2011 |
| Disturbances of vision<br>08/26/2010 11:48 EST  Newland, R. NER R-MD | III | ICD-9 | 438.7 | 08/26/2010 | Current | 08/26/2010 |
| Asthma, unspecified<br>09/28/2017 10:54 EST  Cullen, Thomas D.O.<br>07/01/2008 15:22 EST  Steffan, Dave PA | III<br>III | ICD-9<br>ICD-9 | 493.9<br>493.9 | 09/28/2017<br>07/01/2008 | Current<br>Remission | 09/28/2017<br>07/01/2008 |
| Edentulism, complete, unspecified<br>09/06/2018 08:55 EST  Cullen, Thomas D.O.<br>04/01/2014 13:49 EST  Song, H. DDS<br>poor retention even with reline from another provider due to advanced bone resorption and extended unattached gingiva. discussed finding with patient. | III<br>III | ICD-9<br>ICD-9 | 525.40<br>525.40 | 04/01/2014<br>04/01/2014 | Current<br>Current | 04/01/2014<br>04/01/2014 |
| Esophagitis, unspecified<br>01/29/2016 10:28 EST  Billa, Christopher FNP-C<br>****1/6/16: Repeat EGD in 3 years due 1/2019 per biopsy findings:  EG junction, biopsy:<br>Intestinal metaplasia consistent with Barrett's esophagus.  No dysplasia is | III | ICD-9 | 530.10 | 05/15/2008 | Current | 05/15/2008 |

Bureau of Prisons – ALM
Generated 08/27/2025 07:13 by Maris, Jen HIT

**Reg #: 03052-054**  **Inmate Name: CARBONARO, THOMAS**

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Identified, *** | | | | | | |
| 05/15/2008 08:37 EST  Steffan, Dave PA | III | ICD-9 | 530.10 | 05/15/2008 | Current | 05/15/2008 |
| **Hernia, inguinal , w/o obstruction or gangrene** | | | | | | |
| 06/13/2023 11:05 EST  Hemphill, J. PA-C | III | ICD-9 | 550.9 | 10/29/2010 | Current | 06/13/2023 |
| 01/29/2013 11:20 EST  Mace-Leibson, Ellen DO CD | III | ICD-9 | 550.9 | 10/29/2010 | Resolved | 01/29/2013 |
| 10/29/2010 15:01 EST  Wambach, Maryse MLP | III | ICD-9 | 550.9 | 10/29/2010 | Current | 10/29/2010 |
| **Constipation, unspecified** | | | | | | |
| 09/11/2014 13:22 EST  Spurlock, Sara FNP | III | ICD-9 | 564.00 | 09/11/2014 | Current | 05/06/2008 |
| 05/06/2008 09:34 EST  Steffan, Dave PA | III | ICD-9 | 564.00 | 05/06/2008 | Current | 05/06/2008 |
| **Postgastric surgery syndromes** | | | | | | |
| 04/27/2022 09:58 EST  Ruze, P. (MAT) MD | III | ICD-9 | 564.2 | 08/26/2010 | Current | 04/27/2022 |
| Late dumping syndrome (postprandial hyperinsulinemic hypoglycemia) | | | | | | |
| 08/26/2010 11:48 EST  Newland, R. NER R-MD | III | ICD-9 | 564.2 | 08/26/2010 | Current | 08/26/2010 |
| **Benign localized hyperplasia of prostate w/obstruc** | | | | | | |
| 04/27/2022 10:01 EST  Ruze, P. (MAT) MD | III | ICD-9 | 600.21 | 08/26/2010 | Current | 04/27/2022 |
| 04/16/2021 16:22 EST  Hemphill, J. PA-C | III | ICD-9 | 600.21 | 08/26/2010 | Resolved | 04/16/2021 |
| ASX at 4 MAR 2021 | | | | | | |
| 08/26/2010 11:48 EST  Newland, R. NER R-MD | III | ICD-9 | 600.21 | 08/26/2010 | Current | 08/26/2010 |
| **Rheumatoid arthritis** | | | | | | |
| 05/12/2009 14:32 EST  Hubble, Kenton PA | III | ICD-9 | 714.0 | 05/15/2008 | Current | 05/15/2008 |
| 05/15/2008 08:37 EST  Steffan, Dave PA | III | ICD-9 | 714.0 | 05/15/2008 | Current | 05/15/2008 |
| **Osteoporosis, unspecified** | | | | | | |
| 09/06/2018 08:55 EST  Cullen, Thomas D.O. | III | ICD-9 | 733.00 | 05/08/2015 | Current | 05/08/2015 |
| 06/18/2015 11:00 EST  Wilson, William E. MD/CD | III | ICD-9 | 733.00 | 05/08/2015 | Current | 05/08/2015 |
| SCHEDULE REPEAT BONE DENSITY TEST APRIL 2017 | | | | | | |
| 05/08/2015 09:13 EST  Stander, Klint MD | III | ICD-9 | 733.00 | 05/08/2015 | Current | 05/08/2015 |
| **Methicillin resistant Staphylococcus aureus infection (MRSA)** | | | | | | |
| 07/14/2025 07:19 EST  Gore, Catherine (MOUD-M) FNP-BC | | ICD-10 | A4902 | 07/14/2025 | Current | |
| **Tinea cruris** | | | | | | |
| 08/01/2024 12:57 EST  Cullen, Thomas (MOUD-M) D.O. | | ICD-10 | B356 | 08/01/2024 | Current | |
| **Vitamin B12 deficiency anemia** | | | | | | |
| 09/06/2018 08:55 EST  Cullen, Thomas D.O. | | ICD-10 | D519 | 09/06/2018 | Current | |
| **Unspecified protein-calorie malnutrition** | | | | | | |

Reg #: 03052-054                    Inmate Name: CARBONARO, THOMAS

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 06/20/2025 08:45 EST  Gosa, S, PA-C | | ICD-10 | E46 | 06/20/2025 | Current | |
| Nutritional deficiency, unspecified | | | | | | |
| Unable to meet nutritional requirements by mouth due to medical comorbidities. | | | | | | |
| 06/19/2025 10:09 EST  Gosa, S, PA-C | | ICD-10 | E639 | 06/19/2025 | Current | |
| Anxiety disorder | | | | | | |
| 05/22/2024 08:49 EST  Gosa, S, PA-C | | ICD-10 | F419 | 05/22/2024 | Current | |
| Situational. | | | | | | |
| 05/22/2024 08:48 EST  Gosa, S, PA-C | | ICD-10 | F419 | 05/22/2024 | Current | |
| Conjunctivitis | | | | | | |
| 08/05/2025 09:18 EST  Gosa, S, (MOUD) PA-C | | ICD-10 | H109 | 08/05/2025 | Current | |
| Left | | | | | | |
| Age-related cataract | | | | | | |
| 05/19/2022 11:04 EST  Strake, Benjamin OD | | ICD-10 | H259 | 05/19/2022 | Current | |
| Unspecified disorder of vitreous body | | | | | | |
| 05/07/2021 12:55 EST  Cullen, Thomas (MAT) D.O. | | ICD-10 | H439 | 02/03/2020 | Current | |
| Vitreous Hemorrhages | | | | | | |
| 06/24/2020 12:21 EST  Cullen, Thomas D.O. | | ICD-10 | H439 | 02/03/2020 | Current | |
| Vitreous Hemorrhage OS | | | | | | |
| 02/03/2020 09:02 EST  Pfirman, Timothy PA-C | | ICD-10 | H439 | 02/03/2020 | Current | |
| Vitreous Floater OS | | | | | | |
| Hypermetropia | | | | | | |
| 08/19/2016 13:25 EST  Auxier, Donald OD | | ICD-10 | H5200 | 08/19/2016 | Current | |
| Astigmatism | | | | | | |
| 11/08/2023 11:24 EST  Weyand, James OD | | ICD-10 | H52209 | 11/08/2023 | Current | |
| Presbyopia | | | | | | |
| 11/08/2023 11:24 EST  Weyand, James OD | | ICD-10 | H524 | 11/08/2023 | Current | |
| Unspecified disorder of eye and adnexa | | | | | | |
| 06/24/2021 10:59 EST  Goudreau, Shea PA-C | | ICD-10 | H579 | 06/24/2021 | Current | |
| Unspecified hearing loss | | | | | | |
| 10/05/2021 14:13 EST  Huckfeldt Kangsen, Desire FNP-BC | | ICD-10 | H9190 | 10/05/2021 | Current | |
| Nonrheumatic aortic valve disorder, unspecified | | | | | | |
| 09/16/2024 11:03 EST  Cullen, Thomas (MOUD-M) D.O. | | ICD-10 | I359 | 09/16/2024 | Current | |
| Mild AR. | | | | | | |

# <u>CERTIFICATE OF SERVICE</u>

        I, Thomas Carbonaro hereby certify that on this 10th day of October 2025, I

did place the enclosed Motion Requesting a Reduction in Sentence Pursuant to 18

U.S.C. § 3582, in the prison mailing system addressed to the following parties:

United States District Court
Court Clerk
500 Pearl St.
Courtroom 17 B
New York, NY 10007-1312

United States Attorney's Office
One St. Andrews Place
New York, NY 10007

Signed under the penalty of perjury

this 10th day of October 2025.

Thomas Carbonaro

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FOR DOMESTIC AND INTERNATIONAL USE

Label 228, December 2023

USPS

FROM:
Thomas Carbonaro
#03052-054
FCI Allenwood
PO Box 2000
White Deer, PA 17887

TO:
US District
Court Clerk
500 Pearl St.
New York, N.Y. 10007

PRIORITY MAIL®

1 Lb 2.70 Oz

RDC 03

C099

EXPECTED DELIVERY DAY: 10/15/25

SHIP TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING® #

9505 5284 9846 8284 8185 25

USPS.COM/PICKUP

how2recycle.info
PAPER POUCH

RECEIVED
OCT 15 2025
CLERK'S OFFICE
S.D.N.Y.

EP14F October 2023
OD: 12 1/2 x 9 1/2

RATE ENV
ANY WEIGHT

KED ■ INSURED

delivery date specified
shipments include $10
cking® service included
International insurance.*
ed internationally, a cus
es not cover certain items. Fo
Manual at http://pe.usps.con
onal Mail Manual at http://pe

00001000014