UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

Thomas Carbonaro,

          Defendant.

02-CR-743 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-20-25

ORDER REGARDING DEFENDANT'S MOTION FOR
COMPASSIONATE RELEASE OR REDUCTION OF SENTENCE

McMahon, J.:

Thomas Carbonaro has filed a motion asking the Court to grant him compassionate release.

The Government is to respond to the motion within 30 days.

The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Dated: October 20, 2025
       New York, New York

                                                  COLLEEN McMAHON
                                        United States District Judge