UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2025

UNITED STATES OF AMERICA,

-against-

02-CR-743 (CM)

Thomas Carbonaro,

Defendant.

## ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE OR REDUCTION OF SENTENCE

McMahon, J.:

On October 15, 2025, Thomas Carbonaro filed a *pro se* motion asking the Court to grant him compassionate release. *See* Dkt. 486.

On October 20, 2025, the Court issued an order directing the Government to respond to Carbonaro's motion, by November 19, 2025. *See* Dkt. 487.

On November 18, 2025, the Government informed the Court that it had learned—based on correspondence with the Bureau of Prisons ("BOP") and publicly available information—that Thomas Carbonaro passed away on or about October 23, 2025. *See* Dkt. 488.

On November 25, 2025, the Court was notified by the Probation Department that it too was notified by BOP that Mr. Carbonaro had died on October 23, 2025; specifically, at 11:13 p.m.

Accordingly, Carbonaro's motion for compassionate release is denied as moot.

The Clerk of Court is directed to terminate the motion at Dkt. 486.

Dated:    December 8, 2025
          New York, New York

_____
COLLEEN McMAHON
United States District Judge